**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MALLINCKRODT PLC, *et al.*, | : | Case No. 20-12522 (JTD) |
| | : | |
| Reorganized Debtors. | : | (Jointly Administered) |
| | : | |
| | : | |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | Adversary Proceeding |
| | : | |
| Plaintiff, | : | No. _____ |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COVIDIEN UNLIMITED COMPANY | : | |
| (formerly known as Covidien Ltd. and Covidien plc), | : | |
| COVIDIEN GROUP HOLDINGS LTD. | : | |
| (formerly known as Covidien Ltd.), COVIDIEN | : | |
| INTERNATIONAL FINANCE S.A., COVIDIEN | : | |
| GROUP S.À R.L., and DOE DEFENDANTS 1-500, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**COMPLAINT**

# FILED UNDER SEAL