**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | : Chapter 11<br>:<br>: Case No. 20-12522 (BLS)<br>: |
| OPIOID MASTER DISBURSEMENT TRUST II,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN UNLIMITED COMPANY<br>(formerly known as Covidien Ltd. and Covidien plc),<br>COVIDIEN GROUP HOLDINGS LTD.<br>(formerly known as Covidien Ltd.), COVIDIEN<br>INTERNATIONAL FINANCE S.A., COVIDIEN<br>GROUP S.À R.L., and DOE DEFENDANTS 1-500,<br><br>Defendants. | : Adv. Proc. No. 22-50433 (BLS)<br>:<br>: **Re: Adv. Docket Nos. 211 and 218**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER APPROVING STIPULATION

This Court having considered the Stipulation Regarding Scheduling (the "Stipulation") between the Plaintiff and Defendants, attached hereto as Exhibit 1; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given; it is hereby ORDERED:

1.       The Stipulation is APPROVED.

2.       The deadline for Plaintiff to file any response to the Motion to Strike is April 7, 2026.

3.       The deadline for Defendants to file any Reply in Further Support of Their Motion to Strike is April 21, 2026.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**").  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**").  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.   The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

4.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this order.

**Dated: March 20th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

2