## **EXHIBIT 1**

Stipulation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1]<br><hr>OPIOID MASTER DISBURSEMENT TRUST II,<br><br>Plaintiff,<br><br>v.<br><br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À R.L., and DOE DEFENDANTS 1-500,<br><br>Defendants. | Chapter 11<br><br>Case No. 20-12522 (BLS)<br><br>Adv. Proc. No. 22-50433 (BLS) |

## STIPULATION REGARDING SCHEDULING

WHEREAS on March 10, 2026, Defendants[2] filed *Covidien's Motion to Strike the Trust's Demand for Trial by Jury*, D.I. 211 (the "Motion to Strike");

IT IS STIPULATED AND AGREED, by and among all parties to this action, subject to approval of the Court, that:

1.      The deadline for Opioid Master Disbursement Trust II (the "Plaintiff") to file any response to the Motion to Strike is April 7, 2026.  The deadline for Defendants to file any replies in further support of their Motion to Strike is April 21, 2026.

---

[1] The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc ("**Mallinckrodt**").  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with Mallinckrodt, "**Debtors**").  A complete list of the Debtors in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] Undefined capitalized terms shall have the meanings ascribed to them in the Motion to Strike.

Dated: March 19, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas
19th Floor
New York, New York 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)
1200 New Hampshire Ave. NW, 8th Floor
Washington, D.C. 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
mcrawford@capdale.com

*Co-Counsel to the Opioid Master Disbursement Trust II*

**DLA PIPER LLP (US)**

*/s/ R. Craig Martin*
R. Craig Martin (No. 5032)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
craig.martin@us.dlapiper.com

-and-

**WILMER CUTLER PICKERING HALE AND DORR LLP**
Philip D. Anker, Esq. (admitted *pro hac vice*)
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 230-8890
Facsimile: (212) 230-8888
philip.anker@wilmerhale.com

*Co-Counsel to Covidien Defendants*