**EXHIBIT A**

**OCC Search Terms**

1. ((negotiat* OR allocat* OR transfer* OR assign* OR acquir* OR analy* OR divest* OR assess* OR evaluat* OR valu*) w/25 (asset* OR debt* OR indebted* OR liabilit* OR indemni* OR opioid* OR opiate* OR pain OR generic* OR *branded)) AND (spin* OR spun* OR disentangle* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco) AND (Mallinckrodt OR MNK OR MLNK OR Shelbourne OR Jameson OR Tonic OR Ruby OR Zircon OR Xartemis OR Exalgo OR Specialty OR Advent OR "Transaction Agreements" OR "separation agreement" OR "separation and distribution agreement" OR "Sufficient Reserves" OR SpecGx OR Gx)

2. (Jameson OR Shelbourne OR Tonic) w/30 (sale* OR sell* OR spin* OR bid* OR fail* OR offer* OR propos* OR benefit* OR "large strategic buyer*" OR Goldman OR GS OR Houlihan OR Bain OR Duff OR D&P OR McKinsey OR JPM OR "JP Morgan" OR "J.P. Morgan" OR opioid* OR opiate* OR "return on invest* capital" OR goodwill)

3. (spin* OR spun* OR restructur* OR structur* OR transact* OR reorg* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco OR 2013 OR disentangl*) w/50 (fraud* w/5 (transfer* OR convey* OR transaction* OR intent* OR actual OR constructive OR risk* OR "statute* of limitation*"))

4. "contingent liabilit*" w/50 (SAO OR LAO OR ROO OR ER-LA OR "ER/LA" OR "extended release, long acting" OR Oxy* OR Contin OR Dilaud* OR Delaud* OR Butran* OR Hysing* OR Hising* OR Targin* OR morphine OR MSO4 or mme OR codeine OR hydromorph* OR bupren* OR codone* OR Oxycodone* OR hydrocodone* OR Kadian OR Kadean OR Norco OR Actiq OR Fentora OR fentan* OR fentin* OR durages* OR nucinta OR nusynta OR Nucynta OR tapent* OR opana* OR perco* OR perca* OR subsys* OR subsis* OR exalg* OR roxico* OR roxeco* OR Xartem* OR Xartim* OR methadose OR methadone* OR naltrex* OR opioid* OR opiate* OR magnacet OR levorphanol OR generics OR branded OR unbranded OR "product* liabilit*" OR indemni* OR "joint and several" OR distributor* OR manufacturer* OR pharmac*)

5. (murder OR homicide OR prison OR jail OR Bllshit OR bullshit OR "bull shit" OR corrupt OR "cover up" OR crap* OR cya OR dammit OR damn OR "deep shit" OR f—k OR f-ed OR f-uck OR fcuk OR "fu k" OR fu*k OR fuck* OR garbage OR "gray area" OR "grey area" OR "hit the fan" OR "red flag" or s—t or s-hit OR "sh t" OR shit* OR "time bomb" OR toxic OR wtf OR whiskey OR tango OR foxtrot OR OMG OR "O.M.G.") w/30 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded OR "product* liabilit*" OR indemni*)

6. (pregnant OR pregnancy OR apgar OR infant OR infancy OR "foster care" OR "Neonatal Abstinence Syndrome" OR NAS OR "in utero" OR Intrauterine OR "addicted mothers" OR pediatric*) w/50 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded)

7.  ((tremendous OR massive OR crippling) w/15 (litigat* OR lawsuit* OR sue* OR settle* OR "legal issue*" OR damages OR deception OR "deceptive marketing" OR "deceptive practice*" OR "fraudulent marketing" OR "false advertising" OR judgment OR liabil* OR subpoena* OR tort*)) w/50 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded)

8.  (spin* OR spun* OR restructur* OR structur* OR transact* OR reorg* OR prespin OR pre-spin OR postspin OR post-spin OR disentangl* OR Holdco OR Spinco OR Remainco) AND (lender w/10 (presentation* OR deck* OR slide*)) AND (litigat* OR lawsuit* OR sue* OR settle* OR "legal issue*" OR damages OR claim* OR deception OR "deceptive marketing" OR "deceptive practice*" OR "fraudulent marketing" OR "false advertising" OR judgment OR liabil* OR subpoena* OR tort*) AND (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded OR Specialty)

9.  (Mallinckrodt OR MLNK OR MNK OR Covidien OR Jameson OR Shelbourne OR Tonic OR "Specialty Generics" OR SpecGX OR Gx OR Legacy) AND (spin* OR spun*) AND (management w/5 projection*)

10. (Jameson OR Shelbourne OR Tonic OR spin* OR restructur* OR reorganiz*) w/20 (DCF OR "discounted cash flow" OR insolven* OR solven* OR "fairness opinion" OR "confidential information memo*" OR CIM OR "sufficient reserves")

11. (Mallinckrodt OR MLNK OR MNK OR Covidien OR Jameson OR Shelbourne OR Tonic OR "large strategic buyer*" OR "Specialty Generics" OR SpecGX OR Gx OR Legacy OR opioid* OR opiate*) AND (spin* OR spun* OR disentangl*) AND (insolven* OR solven*) AND (risk* OR shortfall* OR opin* OR analy* OR assess* OR apprais*)

12. (Moody's OR Moody OR Fitch OR S&P) w/30 (Mallinckrodt OR MNK OR Jameson OR Shelbourne OR Tonic OR spin* OR disentangl* OR opioid* OR opiate* OR restructur* OR reorg* OR insolven* OR solven*)

13. (Duff OR D&P) w/30 (Mallinckrodt OR MLNK OR MNK OR Covidien OR Jameson OR Shelbourne OR Tonic OR "large strategic buyer*") w/30 (insolven* OR solven* OR opinion OR spin* OR disentangl* OR opioid* OR opiate*)

14. (Houlihan OR HL) w/30 (Mallinckrodt OR MLNK OR MNK OR Covidien OR Jameson OR Shelbourne OR Tonic OR "large strategic buyer*") w/30 (insolven* OR solven* OR opinion OR spin* OR disentangl* OR DEA OR "drug enforcement administration" OR opioid* OR opiate*)

15. ("consent judgment*" OR "consent decree*" OR ("Abuse Deterrence" w/5 Detection) OR "Department of Justice" OR "attorney general") w/30 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded)

16. settle* w/30 (DEA OR DOJ OR Justice OR USAO OR "U.S. Attorney" OR "US Attorney" OR NDDS OR NY OR Mich*) w/30 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded)

17. (DEA or "Drug Enforcement Administration" OR "Department of Justice" OR DOJ OR USAO OR "U.S. Attorney" OR "US Attorney" OR "Office of Chief Counsel" OR "Narcotic and Dangerous Drug Section" OR NDDS) w/10 (subpoena*OR settle OR "Memorandum of Agreement" OR MOA OR "35 million" OR investigat* OR "suspicious order" OR SOMS OR "Controlled Substances Act" OR Hobart OR chargeback* OR "downstream registrant" OR diversion)

18. "grand jury"

19. ("public nuisance" OR "parens patriae" OR "police power" OR "treble damage*") w/30 (litigation OR complaint* OR plaintiff* OR lawsuit* OR "legal issue*" OR damage* OR alleg* OR "judgment against" OR liabilit* OR settl* OR tort*)

20. ("plea deal" OR "plea agreement" OR conviction OR "criminal charge*" OR "consent judgment*" OR "consent decree*" OR "Corporate Integrity Agreement") w/20 Purdue

21. (study OR studies) w/20 (addict* OR abuse* OR overdos* OR overuse* OR "use disorder" OR intoxicat* OR titrat* OR divert OR diversion OR dependence OR reversal OR toxicology) w/20 (Oxy* OR Contin OR codone* OR Oxycodone* OR hydrocodone* OR opioid* OR opiate* OR generics OR branded OR unbranded)

22. (McKinsey* OR MCK OR Bain) w/25 (E2E OR "evolve to excellence" OR "best practice*" OR oxy* OR opio* OR opiate* OR addict* OR turbocharg* OR driver* OR lobb* OR spectrum OR opportunit* OR "sales force" OR strateg* OR target* OR doctor* OR decile*)

23. "evolve to excellence" OR "individualize the dose" OR "Sales DNA"

24. (Ruth w/3 De w/3 Backer) OR (Martin w/3 Elling) OR (Ted w/3 Fuhr) OR ((Arnab OR Arnie) w/3 Ghatak) OR (Reinout w/3 Goedvolk) OR (Maria w/3 Gordian) OR ((Aditya OR Adi) w/3 Kumar) OR ((Nicholas OR Nick) w/3 Mills) OR (Laura w/3 Moran) OR (Rena w/3 Rosenberg) OR (Rob w/3 Rosiello) OR (Pasha w/3 Sarraf)

25. ((analy* OR eval* OR assess* OR report*) w/10 (purpose* OR source* OR use* OR allocat*)) AND ((proceed* OR fund* OR cash) w/10 (spin* OR spun* OR disentangl* OR restructur* OR reorg*))

**OCC Ad Hoc Requests**

1. Board materials, including agenda, minutes, decisions, presentations, and transmittal emails

2. Projections, whether prepared by management, an advisor, or third party, relating to the opioids business, including but not limited to any projections considered in connection with (a) Project Shelbourne, Project Jameson, or the 2013 Spinoff; or (b) any other transaction or potential or contemplated sale of part of the opioids business

3. Marketing materials, investor road shows, presentations, and similar types of documents/presentations sent to investment banks, lenders, investors, potential buyers, or other third parties, in connection with (a) Project Shelbourne, Project Jameson, or the 2013 Spinoff; or (b) any other transaction or potential or contemplated sale of part of the opioids business.

4. Any analysis or memorandum concerning opioid-related liabilities, including risk assessments conducted in connection with (a) Project Shelbourne, Project Jameson, or the 2013 Spinoff; or (b) any other transaction or potential or contemplated sale of part of the opioids business.

5. Schedule or list that identifies the entities and affiliates that transacted business as part of the opioids business, including segments of entities or affiliates, from 2007 until the 2013 Spinoff.

6. Indications of interests or bids in connection with (a) Project Shelbourne, Project Jameson, or the 2013 Spinoff; or (b) any other transaction or potential or contemplated sale of part of the opioids business.

7. Valuations analyses, appraisals (including IP appraisals), solvency reports/analyses, solvency opinions, and fairness opinions of Covidien, whether formal or informal, concerning (a) Project Shelbourne, Project Jameson, the 2013 Spinoff; or (b) any other transaction or potential or contemplated sale of part of the opioids business.

8. A list of the strategic buyers approached in connection with the potential sale of the pharmaceuticals business prior to the 2013 Spinoff.

9. Consulting agreements with respect to the opioids business, and specifically any consulting agreements with Bain, McKinsey, Duff & Phelps, Houlihan Lokey, JP Morgan, or Goldman Sachs for consulting services related to the opioids business.

10. Investigation notices, civil investigative demands, subpoenas, or letters from the federal or state authorities, including the DOJ or state attorneys general, related to the opioids business.

11. IRS ruling issued to Covidien on March 1, 2013.

12. Two examples of each Company Data Sheet (CDS), Company Core Data Sheet (CCDS), Periodic Safety Update Report (PSUR), and Company Safety Data Sheet (CSDS).

13. Studies, reports, memos, and presentations related to opioid products, including the safety or addictive properties of opioids or the potential liability of opioid products.

14. Any insurance policies relating to Covidien's board of directors, executives, opioids business, or pharmaceutical business through and until the 2013 Spinoff, including any insurance policies of Tyco or any other predecessor entities, and all agreements, claims, notices, understandings, position statements, reservation of rights letters, denial letters, or documents relating to the same.

v