*In re Mallinckrodt plc,* No. 20-12522 (BLS) (Chapter 11), No. 22-50433 (BLS) (Adversary Proceeding) (D. Del. Bankr.)

**Mediator's Recommended Terms**

| | RECOMMENDED MERITS TERMS |
|---|---|
| 1 | (employee* AND matter*) w/5 (contract* OR agreement* OR arrangement*) |
| 2 | *ufta |
| 3 | *ufca |
| 4 | *uvta |
| 5 | badco OR "bad co*" OR newco OR "new co*" AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR "morgan" OR "jpm" OR "jpmorgan") OR (spin* OR pharma* OR opiat* OR opioid* OR oxy* OR sell* OR sale) |
| 6 | ("credit agreement*" OR "credit facilit*") w/15 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR "morgan" OR "jpm" OR "jpmorgan") OR (pharm* OR opi* OR oxy* OR liab*) OR (spin OR spun) OR (badco OR "bad co*" OR newco OR "new co*") |
| 7 | "Customs and Trade Compliance Terms and Conditions" |
| 8 | ("dea" OR "drug enforcement agency" OR "drug enforcement admin*") w/15 (pharma* OR opi* OR oxy* OR liab* OR fine* OR penalt* OR suspen* OR whistle* OR compl* OR damage* OR violat* OR controlled OR subpoena OR investigat* OR jameson) OR (spin* OR spun) OR (sell* OR sale) OR (suspicious OR peculiar OR unusual OR abus* OR order* OR monitor* OR diver* OR illicit* OR (pill w/3 mill*)) OR (kickback* OR "kick-back*" OR misbranding OR "off label*" OR "off-label*") |
| 9 | ("due diligence" OR examin* OR vet* OR jameson) w/10 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (opiat* OR opioid* OR oxy* OR pharma*) OR (spin* OR spun) OR (sell* OR sale) OR (conting* OR monitor* OR kickback*) |
| 10 | ("Employee Matters Agreement") w/15 (Mallinckrodt OR "MNK" OR "MLNK" OR "MIFSA" OR Jameson OR "JP Morgan" OR "JPM") OR (pharma* OR opiat* OR opioid* OR liab*) OR (spin OR spun) |
| 11 | ("morgan" OR "jpmorgan" OR "jpm") w/15 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) OR (sell* OR sale) |
| 12 | "Mallinckrodt Financing Arrangement" OR "MFA" |
| 13 | "Mallinckrodt International Finance S.A." w/10 debt* |
| 14 | "Mallinckrodt International Finance" AND note* |
| 15 | "reasonabl* equivalent value" |
| 16 | "S & D" OR "S&D" OR "Sand D" OR "S and D" OR "SandD" AND opiate* OR opioid* OR oxy* |

DOC# 15006712.v1-3/1/26

| | |
|---|---|
| 17 | "side letter" w/3 agree* |
| 18 | ("supply chain" w/3 "addendum" OR "agreement*") AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR "morgan" OR "jpm" OR "jpmorgan") OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin* OR spun) OR (sell* OR sale) |
| 19 | "transferred entity" AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson OR "morgan" OR "jpm" OR "jpmorgan") OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin* OR spun) OR (sell* OR sale) |
| 20 | "transition services agreement*" AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson) OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) |
| 21 | ("usao" OR "us attorney*" OR "united states attorney*" OR "u.s. attorney*") AND (exalgo OR pharma* OR opiat* OR opioid* OR oxy* OR controlled) OR (spin* OR spun) OR (sell* OR sale) OR (pill w/3 mill*) OR (suspicious OR peculiar OR unusual OR abus* OR monitor* OR kickback OR diver* OR misbranding OR "off label*" OR "off-label*") |
| 22 | "wall* off" |
| 23 | ancillary w/5 (contract* OR agreement* OR arrangement*) AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharma* OR opiat* OR opioid* OR oxy*) OR (spin* OR spun) |
| 24(a) | assum* OR "take on" OR "adopt*" OR "accept*" w/15 (pharma* OR opiat* OR opioid* OR oxy*) |
| 24(b) | (liab* OR "debt*" OR "indebt*" OR "litig*" OR action* OR conting*) w/15 (pharma* OR opiate* OR opioid* OR oxy*) OR (spin* OR spun) |
| 25 | (avoid* OR transfer* OR sell* OR sale OR proceed* OR lawsuit) w/15 (pharma* OR opiate* OR opioid* OR oxy* OR Jameson OR spin OR spun) |
| 26 | capitaliz* w/5 (Mallinckrodt OR MNK OR MLNK) |
| 27 | consent w/3 (order OR decree) AND (Mallinckrodt OR "MNK" OR "MLNK" OR "MIFSA" OR Jameson) OR (pharma* OR opiat* OR opioid*) OR (spin OR spun) OR (controlled OR misbranding OR "off label*" OR "off-label") OR (pill w/3 mill*) |
| 28 | considerat* w/10 (adequate OR fair* OR equival* OR sell* OR sale OR contingen* OR compl* OR liabl*) AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharma* OR opiat* OR opioid* OR oxy*) OR (spin* OR spun) |

| 29 | (contribut* OR cooperat*) w/5 (contract* OR agreement* OR arrangement*) AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharma* OR opiat* OR opioid* OR oxy*) OR (spin* OR spun) |
|----|----|
| 30 | crim* w/15 (spin* OR spun) OR (pill w/3 mill*) OR (pharma* OR opiat* OR opioid* OR oxy*) OR (mallinckrodt OR "mnk" OR "mlnk") OR (suspicious OR peculiar OR unusual OR abus* OR monitor* OR kickback OR diver* OR misbranding OR "off label*" OR "off-label*") |
| 31 | divest* w/10 (pharm* OR opiat* OR opioid* OR oxy*) |
| 32 | divi* w/10 (mallinckrodt OR "mnk" OR "mlnk") |
| 33 | ("doj" OR "dep* of justice") w/10 (pharma* OR opiat* OR opioid* OR oxy* OR controlled) OR (spin* OR spun) OR (suspicious OR peculiar OR unusual OR abus* OR monitor* OR kickback OR diver* OR pill w/3 mill*) OR (misbranding OR "off label*" OR "off-label*") |
| 34 | Duff w/10 (MIFSA OR note* OR pharm* OR opioid* OR opiat* OR contingen* OR solven*) |
| 35 | f*k* w/10 (pharm*) |
| 36 | fair* w/5 ("valu*" OR "opin*" OR exchang* OR transfer* OR transact* OR consider* OR obligation OR receiv* OR less) AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR "morgan" OR "jpm" OR "jpmorgan") OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) OR (sell* OR sale) |
| 37 | (financ* w/3 viab*) w/20 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) OR (sell* OR sale) |
| 38 | fraud* w/5 ("convey*" OR "transfer*") |
| 39 | fund* w/5 arrange*) AND (Mallinckrodt OR "MNK" OR "MLNK" OR "MIFSA") OR (Jameson) OR (pharma* OR opiat* OR opioid* OR liab*) OR (spin OR spun) |
| 40 | (Goldman OR "GS") w/15 (Mallinckrodt OR "MNK" OR "MLNK" OR "MIFSA") OR (pharma* OR opiat* OR opioid* OR liab*) OR (spin OR spun) |
| 41 | Houlihan OR Hoolihan |
| 42 | illegal* OR unlawful* w/15 (pharma* OR opiat* OR opioid* OR oxy* OR liab* OR controlled) OR (spin* OR spun) OR (sale OR sell*) OR (suspicious OR peculiar OR unusual OR abus* OR monitor* OR kickback OR diver* OR misbranding OR "off label*" OR "off-label*") |

| 43 | insolven* w/15 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR ("morgan" OR "jpm" OR "jpmorgan") OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR spun |
|---|---|
| 44 | interco* w/5 (contract* OR agreement* OR arrangement*) AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (jameson OR pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) |
| 45 | isolat* w/10 (badco OR "bad co*" OR newco OR "new co*" OR compan*) OR (pharm* OR opiat* OR opioid* OR oxy* OR liab* OR "medical device*" OR "medical suppl*") OR (business* OR biz) OR (mallinckrodt OR "mnk" OR "mlnk") OR (asset* OR imag* OR md OR mi OR ms) |
| 46 | legacy w/20 (opiat* OR opioid* OR oxy* OR pharma*) |
| 47 | loan w/5 agree* AND (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharm* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) |
| 48 | Mallinckrodt w/5 (contract* OR agreement* OR arrangement*) |
| 49 | mckinsey w/10 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa") OR (pharma*) OR (liab* OR contingen* OR solven*) OR (spin OR spun) OR (sell*) OR (sale) |
| 50 | MIFSA AND note* OR MIFSA w/10 debt* |
| 51 | operat* w/10 (analy* OR perform*) |
| 52 | overleverag* |
| 53 | preferen* w/2 transfer* |
| 54 | protect w/10 (Mallinckrodt OR MNK OR MLNK) |
| 55 | ("protect* against" OR "protect* from") w/9 ("medical device*" OR "medical supp*") OR (asset* OR imag* OR md OR mi OR ms) OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) OR (sell* OR sale) OR (kickback* OR "kick-back*" OR misbranding OR "off label*" OR "off-label*") |
| 56 | (sell w/10 pharm*) w/30 (opioid* OR opiate* OR oxy) |
| 57 | ("separat* from" OR "separat* with") w/9 ("medical device*" OR "medical supp*") OR (asset* OR imag* OR md OR mi OR ms) OR (pharma* OR opiat* OR opioid* OR oxy* OR liab*) OR (spin OR spun) |
| 58 | Shelbourne w/30 (mallinckrodt OR "mnk" OR "mlnk" OR "mifsa" OR jameson) OR (pharm* OR opiat* OR opioid* OR oxy*) OR (sale OR sell) |
| 59 | shelter w/10 (business* OR biz OR compan*) OR (mallinckrodt OR mnk OR mlnk) OR ("medical device*" OR asset* OR imag* OR md OR mi OR ms OR pharm*) |

| | |
|---|---|
| 60 | shield w/10 (business* OR biz) OR (mallinckrodt OR "mnk" OR "mlnk") OR ("medical device*" OR "asset*") OR (badco OR "bad co*" OR newco OR "new co*" OR compan* OR "medical suppl*") OR (imag* OR md OR mi OR ms OR pharm*) |
| 61 | solven* w/10 (pharma* OR opiat* OR opioid* OR oxy* OR liab* OR contingen*) OR (spin OR spun) OR (badco OR "bad co*" OR newco OR "new co*" OR compan*) |
| 62 | transfer* w/10 (mallinckrodt OR "mnk" OR "mlnk" OR pharm*) |
| 63 | undercapitalize* |
| 64 | underfund* w/10 (Mallinckrodt OR MNK OR MLNK OR jameson) OR (opioid* OR opiat* OR oxy* or pharma*) OR (spin*OR spun) |
| 65 | upstream* w/5 (cash OR money OR monies OR fund*) |
| 66 | void* w/15 transfer* AND (Mallinckrodt OR MNK OR MLNK OR jameson) OR (opioid* OR opiat* OR oxy* OR pharma*) OR (spin* OR spun) |