*In re Mallinckrodt plc,* No. 20-12522 (BLS) (Chapter 11), No. 22-50433 (BLS) (Adversary Proceeding) (D. Del. Bankr.)

**Mediator's Recommended Terms**

| | RECOMMENDED DAMAGES TERMS |
|---|---|
| 1 | "contingent liabilities" AND ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) |
| 2 | "Net Transfers to Parent" |
| 3 | "valuation report" w/10 (board OR committee) AND ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) |
| 4 | ("cash management" OR "cash mgmt") AND (enterprise OR parent OR subsidiary OR spin* OR spun* OR disentangle* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco OR Jameson OR Shelbourne OR Mallinckrodt OR MNK) |
| 5 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND ("fair market" OR "market value" OR asset* OR perform* OR capitaliz* OR undercapitaliz*) |
| 6 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND ((retain* OR retent* OR engag*) w/5 (letter OR agreement OR contract OR terms OR matter)) |
| 7 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND (interview OR "site visit" OR investigat* OR inspect OR analy* OR valu* OR evalu* OR memo* OR paper OR product OR deliverab* OR draft OR final OR report OR plan) |
| 8 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND (plan OR future OR estimate* OR budget OR data* OR info*) |
| 9 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND (spin* OR spun* OR disentangle* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco OR Jameson OR Shelbourne) |
| 10 | ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) AND (statement w/5 (work OR bill*)) |
| 11 | ("future performance estimate" OR "business plan" OR "budget") AND ("Ernst & Young" OR "EY" OR "E&Y" OR (Ernst w/2 Young)) |
| 12 | (spin* OR spun* OR disentangle* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco OR Jameson OR Shelbourne) AND ("dividend restriction" OR "restriction analysis") |
| 13 | (spin* OR spun* OR disentangle* OR prespin OR pre-spin OR postspin OR post-spin OR Holdco OR Spinco OR Remainco OR Jameson OR Shelbourne) AND (tax OR "IRS" OR "internal revenue service" OR "ruling request") |
| 14 | legacy w/5 (debt OR litig* OR indebtedness) |

DOC# 15006712.v1-3/1/26