**IN THE UNITED STATE BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MALLINCKRODT PLC, | ) | Case No.  20-12522 (BLS) |
| | ) | |
| Reorganized Debtor. | ) | |
| _____ | ) | |
| | ) | |
| OPIOID MASTER DISBURSEMENT TRUST, II, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 22-50433 (BLS) |
| | ) | |
| COVIDIEN UNLIMITED COMPANY (formerly Known as Covidien Ltd. and Covidien plc), | ) | |
| COVIDIEN GROUP HOLDINGS LTD. (formerly known as Coviden Ltd.), COVIDIEN | ) | Re:  Adv. Docket No. 201 |
| INTERNATIONAL FINANCE S.A., COVIDIEN | ) | |
| GROUP S.A.R.L., and DOE DEFENDANTS | ) | |
| 1 – 500, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER SETTING RESPONSE/OBJECTION DEADLINE REGARDING
MEDIATOR LAWRENCE F. STENGEL'S REPORT AND RECOMMENDATION
REGARDING PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

Upon consideration of the Mediator Lawrence F. Stengel's Report and Recommendation

Regarding Plaintiff's Requests for Production of Documents (the "Report and

Recommendation") filed with the Court on March 20, 2026, it is hereby

**ORDERED**, that any response or objections to the Report and Recommendation shall be

filed and served no later than 4:00 p.m. on April 10, 2026; and it is further

**ORDERED**, that following receipt of such responses or objections, the Court may, in its discretion, rule on the papers or schedule a hearing to consider this matter.


Dated: March 25, 2026

BRENDAN LINEHAN SHANNON
UNITED STATES BANKRUPTCY JUDGE


cc:   Lawrence F. Stengel, Esquire
      (via email)