## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>Plaintiff,<br>v.<br><br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À.R.L., and DOE DEFENDANTS 1-500,<br>Defendants. | Adv. Proc. No. 22-50433 (BLS)<br><br>**Related Adv. D.I. Nos 213 & 215** |

## NOTICE OF WITHDRAWAL OF ATTORNEY

TO:  The Clerk of the Court and Interested Parties:

**PLEASE TAKE NOTICE** that Martha E. Ferson of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraws her *Motion to Appear pro hac vice* [Adv. D.I. 213] granted by *Order Approving Motion for Admission pro hac vice for Martha E. Ferson* [Adv. D.I. 215] in the above-referenced adversary proceeding, to represent Covidien Unlimited Company, Covidien Group Holdings Ltd., Covidien International Finance S.A. and Covidien Group S.à.r.l, and requests that (a) her name be removed from any applicable service lists herein and (b) that the Clerk terminate the delivery of all CM/ECF Notices in the above-referenced case.

---

[1]     The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated:  April 2, 2026

Respectfully submitted,

*/s/ R. Craig Martin*
R. Craig Martin (DE 5032)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

*and*

/s/ *Martha E. Ferson*
Philip D. Anker (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
Peter G. Neiman (*pro hac vice*)
Martha E. Ferson (*pro hac vice*)
Skyler Ross (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888

*and*

Joel Millar (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone: (202) 663-6100
Facsimile: (202) 663-6363

*Attorneys for Covidien Limited, Covidien
Group Holdings Ltd., Covidien International
Finance S.A., and Covidien Group S.à.r.l.*

ACTIVE\1630656851.1