## CERTIFICATE OF SERVICE

I, R. Craig Martin, do hereby certify that, on April 2, 2026, a true and correct copy of the foregoing *Notice of Withdrawal of Attorney* was electronically filed via the Court's CM/ECF system and thereby served on those parties having consented to electronic service.

/s/ R. Craig Martin
R. Craig Martin (DE 5032)