## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| MALLINCKRODT PLC, | : | Case No. 20-12522 (BLS) |
|  | : |  |
| Reorganized Debtor.[1] | : |  |
|  | : |  |
|  | : |  |
| OPIOID MASTER DISBURSEMENT TRUST II, | : | Adv. Proc. No. 22-50433 (BLS) |
|  | : |  |
| Plaintiff, | : | **Re: Adv. D.I. No. 77, 211 & 212** |
|  | : |  |
| v. | : |  |
|  | : |  |
| COVIDIEN UNLIMITED COMPANY | : |  |
| (formerly known as Covidien Ltd. and Covidien plc), | : |  |
| COVIDIEN GROUP HOLDINGS LTD. | : |  |
| (formerly known as Covidien Ltd.), COVIDIEN | : |  |
| INTERNATIONAL FINANCE S.A., COVIDIEN GROUP | : |  |
| S.À R.L., and DOE DEFENDANTS 1-500, | : |  |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

### THE OPIOID MASTER DISBURSEMENT TRUST II'S
### NOTICE OF WITHDRAWAL OF DEMAND FOR TRIAL BY JURY

The Opioid Master Disbursement Trust II, by and through its undersigned counsel, hereby

withdraws the *Demand for Trial by Jury* [Adv. D.I. 77] and consents to the entry of final orders or

judgments by this Court on all issues (subject to rights of appeal).

[*Signature Page Follows*]

---

[1]   The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc.  On May 3, 2023, the Court entered an order closing the chapter 11 cases of the Reorganized Debtor's debtor affiliates.  A complete list of the debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt.  The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Dated April 7, 2026
Wilmington, Delaware

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)
1200 New Hampshire Ave. NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
mcrawford@capdale.com

*Counsel to the Opioid Master Disbursement Trust II*

2