**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | |
| v. | Adversary Proceeding |
| COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À R.L., and DOE DEFENDANTS 1-500, | No. 22-50433 (BLS) |
| Defendants. | |

## PLAINTIFF'S RESPONSE TO COVIDIEN'S MOTION TO STRIKE JURY DEMAND

Plaintiff, the Opioid Master Disbursement Trust II ("Trust"), by and through its undersigned counsel, hereby submits this response to Covidien's *Motion to Strike the Trust's Demand for Trial by Jury* [Adv. D.I. 211] ("Motion"). By its Motion, Covidien asks the Court to strike the Trust's *Demand for Trial by Jury* that the Trust timely filed on April 8, 2024 [Adv. D.I. 77] ("Jury Demand").

---

[1]    The Reorganized Debtor in this chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court closed the chapter 11 cases of the Reorganized Debtor's debtor-affiliates. A complete list of the debtor-affiliates may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Concurrently with this response, the Trust has filed a notice withdrawing its Jury Demand. Accordingly, Covidien's Motion should be dismissed as moot. The Trust therefore requests that the Court enter the proposed order annexed hereto as **Exhibit A**.

Dated April 7, 2026  
Wilmington, Delaware

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*  
Justin R. Alberto (No. 5126)  
Patrick J. Reilley (No. 4451)  
500 Delaware Avenue, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 652-3131  
Facsimile: (302) 652-3117  
jalberto@coleschotz.com  
preilley@coleschotz.com

Anthony De Leo (admitted *pro hac vice*)  
1325 Avenue of the Americas, 19th Floor  
New York, NY 10019  
Telephone: (212) 752-8000  
Facsimile: (212) 752-8393  
adeleo@coleschotz.com

--and--

**CAPLIN & DRYSDALE, CHARTERED**  
Kevin C. Maclay (admitted *pro hac vice*)  
Todd E. Phillips (admitted *pro hac vice*)  
Jeffrey A. Liesemer (admitted *pro hac vice*)  
Quincy M. Crawford, III (admitted *pro hac vice*)  
1200 New Hampshire Ave. NW, 8th Floor  
Washington, D.C. 20036  
Telephone: (202) 862-5000  
Facsimile: (202) 429-3301  
kmaclay@capdale.com  
tphillips@capdale.com  
jliesemer@capdale.com  
mcrawford@capdale.com

*Counsel to the Opioid Master Disbursement Trust II*

2