**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC.,<br><br>      Reorganized Debtor | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTERS DISBURSEMENT<br>TRUST II,<br>            Plaintiff,<br><br>      v.<br><br>COVIDIEN UNLIMITED COMPANY (f/k/a<br>Covidien Ltd. and Covidien plc), COVIDIEN<br>GROUP HOLDINGS, LTD. (f/k/a Covidien<br>Ltd.), COVIDIEN INTERNATIONAL<br>FINANCE S.A., COVIDIEN GROUP S.À R.L.,<br>and DOE DEFENDANTS 1-500,<br><br>            Defendants. | Adv. Pro. No. 22-50433 (BLS)<br><br>Re: Adv. D.I. 220, 227, 228 |

**ORDER APPROVING AND ADOPTING
MEDIATOR'S REPORT AND RECOMMENDATION ON
PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

AND NOW, upon consideration of the Mediator Lawrence F. Stengel's Report and

Recommendation Regarding Plaintiff's Requests for Production of Documents (the "Report")

(Adv. D.I. 220), and the parties' responses thereto,

**IT IS HEREBY ORDERED:**

1. The Report is APPROVED and ADOPTED in all respects;[1]

---

[1] The Court expresses its appreciation to the Mediator for his significant efforts in working with the parties to resolve these discovery disputes.

2.      Covidien shall use the search terms set forth in Exhibit D and Exhibit E to the Report to search for and produce electronically stored information (including, without limitation, emails and texts) ("ESI") responsive to the *Plaintiff Opioid Master Disbursement Trust II's First Set of Requests for Production of Documents to All Defendants* and *Plaintiff Opioid Master Disbursement Trust II's Third Set of Requests for Production of Documents to All Defendants,* subject to the following terms and parameters:

(a)      the ESI searched will be those documents and materials dated, prepared, created, generated, transmitted, or received at any time between June 29, 2007 and June 28, 2013;

(b)      the search terms will be run against the ESI of all persons identified in the Rule 26(a) initial disclosures exchanged by the parties (*i.e.,* Defendants' amended initial disclosures, served March 18, 2026 [Adv. D.I. 217], and Plaintiff's initial disclosures, served June 14, 2024);

(c)      except where the Mediator has specifically recommended using uppercase letters, all search terms shall be in lowercase letters so that relevant ESI will not be inadvertently missed in searches; and

(d)      Defendants shall produce such responsive ESI to Plaintiff on a rolling basis but no later than **July 31, 2026**.

3.      Plaintiff is permitted leave to propound targeted follow-up requests for production, not to exceed ten (10) discrete requests, on or before **August 31, 2026.**

4.      The Report's recommended extension of the parties' pretrial deadlines is APPROVED and ADOPTED, and the second amended discovery and pretrial schedule shall be set forth in a separate order to be entered by this Court.

5.      Upon  consideration of the Plaintiff's letter brief filed on April 10, 2026, the

Court concludes that the parties shall equally share all of the fees and costs

incurred to date by the Mediator and his firm, Optimal Dispute Resolutions.


FOR THE COURT:


BRENDAN LINEHAN SHANNON
United States Bankruptcy Judge

Dated:  April 22 , 2026