# EXHIBIT B

**Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No 22-50433 (Bankr. D. Del.)**
**MDT-COV First Redacted Privilege Log**

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Privilege Type | Primary Date | Priv Log Description | Attorney Name | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012200 | | | | | MEETING OF THE COMPLIANCE COMMITTEE OF THE BOARD OF DIRECTORS NOVEMBER 19 2009 | Attorney-Client; Work Product | | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00149831 |
| COV-PRIV00012201 | | | | | MEETING OF THE COMPLIANCE COMMITTEE OF THE BOARD OF DIRECTORS JANUARY 21 2010 | Attorney-Client; Work Product | | Draft Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00098491 |
| COV-PRIV00012202 | | | | | [CURRENT FINANCIAL SITUATION IN GREECE TAX ISSUES RELATING TO DIRECTORS AND THE POSSIBLE REASONS BEHIND THE LOWER THAN EXPECTED REVENUES PROJECTED FOR THE QUARTER] | Attorney-Client; Work Product | | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00150289 |
| COV-PRIV00012203 | | | | | MEETING OF THE BOARD OF DIRECTORS NOVEMBER 19-20 2009 | Attorney-Client | | Board Minutes/Materials memorializing legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John | COV-00150535 |
| COV-PRIV00012204 | | | | | DIRECTORS REPORT AND CONSOLIDATED FINANCIAL STATEMENTS FOR THE YEAR ENDED SEPTEMBER 25 2009 | Attorney-Client; Work Product | | Board Minutes/Materials discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, John | COV-00150650 |
| COV-PRIV00012205 | | | | | ENTERPRISE RISK ASSESSMENT REPORT FY 2010 | Attorney-Client; Work Product | | Board Minutes/Materials discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00150777 |
| COV-PRIV00012206 | | | | | MEETING OF THE BOARD OF DIRECTORS MARCH 15-16 2011 | Attorney-Client | | Draft Board Minutes/Materials rendering legal advice regarding general corporate tax matters | Oosterhuis, Paul | MDT-042262 |
| COV-PRIV00012207 | | | | | MEETING OF THE BOARD OF DIRECTORS JULY 21-23 2010 | | | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding general regulatory and financial disclosure matters | Kapples, John | MDT-043121 |
| COV-PRIV00012208 | | | | | MEETING OF THE BOARD OF DIRECTORS SEPTEMBER 22-23 2010 | Attorney-Client | | Board Minutes/Materials memorializing legal advice regarding general corporate governance matters and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John; Kapples, John | COV-00150827 |
| COV-PRIV00012209 | | | | | MEETING OF THE BOARD OF DIRECTORS JANUARY 20 2011 | Attorney-Client; Work Product | | Board Minutes/Materials rendering and discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding general regulatory and financial disclosure matters | Kapples, John | MDT-043658 |
| COV-PRIV00012210 | | | | | Finance Workstream 3-06-06fromCorp.mpp | Attorney-Client | 3/7/2006 20:02 | Spreadsheet memorializing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00102965 |
| COV-PRIV00012211 | | | | | Covidien Finance Summit - Treasury_v13.ppt | Attorney-Client | 4/21/2007 1:52 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Kapples, John | COV-00121864 |
| COV-PRIV00012212 | | | | | FY09-FY11 Strat Plan Board Presentation (Final).ppt | Attorney-Client; Work Product | 11/18/2008 15:51 | Document discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00119320 |
| COV-PRIV00012213 | | | | | 01.21.10. (Board).doc | Attorney-Client; Work Product | 1/29/2010 15:17 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Nicolella, Matthew | COV-00228624 |
| COV-PRIV00012214 | | | | | 03.16.10 (Board).doc | Attorney-Client; Work Product | 5/14/2010 17:13 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Nicolella, Matthew | COV-00228634 |
| COV-PRIV00012215 | Strassner, Thomas | DaSilva, Kevin | | | USSC / GSHI refinance of maturing loans | Attorney-Client | 7/20/2010 21:07 | Email discussing legal advice regarding general corporate tax matters | Smith, Barbara | COV-00120878 |
| COV-PRIV00012216 | | | | | 07.21.10 (Board).doc | Attorney-Client; Work Product | 8/3/2010 12:29 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00368423 |
| COV-PRIV00012217 | | | | | 11-17-10 Audit Committee Presentationasof-11-05.pptx | Attorney-Client | 11/5/2010 12:30 | Presentation rendering legal advice regarding general corporate tax matters | Green, Eric | COV-00118495 |
| COV-PRIV00012218 | | | | | ComplianceCommNotes Nov 17 2010.doc | Attorney-Client; Work Product | 11/17/2010 16:20 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00245757 |
| COV-PRIV00012219 | | | | | 11.17.10 (Board).doc | Attorney-Client; Work Product | 11/29/2010 16:20 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00234873 |
| COV-PRIV00012220 | Kupferschmid, Geoffrey | DaSilva, Kevin | Grossman, Scott | | FW: Covidien plc financials | Attorney-Client | 2/9/2011 23:19 | Email rendering legal advice regarding general regulatory and financial disclosure matters | Budden, Lauren | COV-00121033 |
| COV-PRIV00012227 | | | | | TAB 6 - Next Meeting Proposed Agenda.ppt | Attorney-Client; Work Product | 3/2/2011 14:36 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00368347 |
| COV-PRIV00012228 | | | | | TAB 6 - Next Meeting Proposed Agenda.ppt | Attorney-Client; Work Product | 3/2/2011 14:36 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369133 |
| COV-PRIV00012229 | | | | | TAB 6 - Next Meeting Proposed Agenda.ppt | Attorney-Client; Work Product | 3/2/2011 14:36 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369156 |
| COV-PRIV00012241 | | | | | COVAG Materials.pdf | Attorney-Client | 6/7/2011 16:30 | Board Minutes/Materials memorializing legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | Weiss, Larry | COV-00115758 |
| COV-PRIV00012242 | | | | | COVAG Materials.pdf | Attorney-Client | 6/7/2011 16:30 | Board Minutes/Materials memorializing legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | Weiss, Larry | COV-00116964 |
| COV-PRIV00012221 | | | | | TAB 1 - Meeting Minutes - 11 17 10 (Compliance).doc | Attorney-Client; Work Product | 3/2/2011 14:34 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00368330 |
| COV-PRIV00012222 | | | | | TAB 1 - Meeting Minutes - 11 17 10 (Compliance).doc | Attorney-Client; Work Product | 3/2/2011 14:34 | Board Minutes/Materials memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369116 |
| COV-PRIV00012223 | | | | | TAB 1 - Meeting Minutes - 11 17 10 (Compliance).doc | Attorney-Client; Work Product | 3/2/2011 14:34 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369139 |
| COV-PRIV00012236 | | | | | Tab B - Sec. 4 - Audit Committee Agenda--May 17 2011.docx | Attorney-Client | 5/2/2011 19:17 | Agenda conveying legal advice regarding general corporate tax matters | Outside Counsel | COV-00120903 |
| COV-PRIV00012230 | DaSilva, Kevin | Andrulonis, Gregory;Kupferschmid, Geoffrey | | | FW: Japan Audit Refund Received, TSA payable due | Attorney-Client | 3/24/2011 18:27 | Email chain providing information prepared for the purpose of facilitating the rendition of legal advice regarding general corporate tax matters | Masterson, John; Kapples, John | COV-00160426 |
| COV-PRIV00012231 | | | | | Top 10 Risks Presentation JM v4.pptx | Attorney-Client; Work Product | 4/7/2011 13:59 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John; Griffin, John | COV-00368435 |
| COV-PRIV00012232 | | | | | 03.15.11 (Board).doc | Attorney-Client; Work Product | 4/11/2011 18:43 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00276587 |
| COV-PRIV00012233 | Folco, Dana | Kapples, Jack* | | | FW: 10Q | Attorney-Client | 4/26/2011 13:07 | Email chain requesting legal advice regarding non-pharmaceutical business matters | Kapples, John | COV-00135242 |
| COV-PRIV00012234 | | | | | JM Presentation 5032011 - NOTES ONLY VERSION .ppt | Attorney-Client; Work Product | 4/29/2011 15:07 | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Griffin, John | COV-00368680 |
| COV-PRIV00012235 | | | | | 04.19.11 (Audit).docx | Attorney-Client | 4/29/2011 18:55 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters | Green, Eric | COV-00186041 |
| COV-PRIV00012237 | | | | | Tab B - Sec. 4 - Audit Committee Agenda--May 17 2011.docx | Attorney-Client | 5/2/2011 19:17 | Agenda conveying legal advice regarding general corporate tax matters | Outside Counsel | COV-00127676 |
| COV-PRIV00012224 | | | | | TAB 4 - Government Investigations Update 3-15-2011.ppt | Attorney-Client; Work Product | 3/2/2011 14:35 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00368336 |
| COV-PRIV00012238 | | | | | May 17, 2011 - Audit Committee Agenda.docx | Attorney-Client | 5/3/2011 13:29 | Agenda conveying legal advice regarding general corporate governance matters | Outside Counsel | COV-00164677 |
| COV-PRIV00012239 | | | | | TAB 7.2, Enterprise Risk Assessment-Appendix.pptx | Attorney-Client; Work Product | 5/10/2011 14:19 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235419 |
| COV-PRIV00012240 | | | | | 05.17.11 (Board).docx | Attorney-Client | 5/25/2011 13:30 | Board Minutes/Materials memorializing legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John | COV-00368060 |
| COV-PRIV00012225 | | | | | TAB 4 - Government Investigations Update 3-15-2011.ppt | Attorney-Client; Work Product | 3/2/2011 14:35 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369122 |
| COV-PRIV00012226 | | | | | TAB 4 - Government Investigations Update 3-15-2011.ppt | Attorney-Client; Work Product | 3/2/2011 14:35 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00369145 |
| COV-PRIV00012243 | | | | | 07.20.11 (Board).docx | Attorney-Client | 8/8/2011 17:49 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Griffin, John | COV-00235577 |
| COV-PRIV00012245 | | | | | ComplianceCommNotes Nov 16 2011.doc | Attorney-Client; Work Product | 11/15/2011 17:46 | Board Minutes/Materials memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Kapples, John | COV-00307170 |
| COV-PRIV00012246 | | | | | 01.17.12 (Audit).docx | Attorney-Client; Work Product | 1/27/2012 13:31 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, John | COV-00235611 |
| COV-PRIV00012247 | | | | | 01.24.12 (Audit).docx | Attorney-Client; Work Product | 1/30/2012 15:24 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, John | COV-00235613 |
| COV-PRIV00012248 | | | | | 01.17.12 (Audit).docx | Attorney-Client; Work Product | 1/31/2012 13:35 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00369969 |
| COV-PRIV00012249 | | | | | 01.17.12 (Audit).docx | Attorney-Client; Work Product | 1/31/2012 13:35 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00127672 |
| COV-PRIV00012250 | | | | | Covidien FY2012 Client Service Plan - FINAL.docx | Work Product | 3/2/2012 14:25 | Table describing and analyzing litigation outcomes for ongoing matters not related to the pharmaceutical business | | COV-00127705 |
| COV-PRIV00012251 | | | | | QOR Slides - Mike Allen 041012.pptx | Attorney-Client | 4/13/2012 12:16 | Presentation conveying legal advice regarding non-pharmaceutical business matters | Duft, Patricia | COV-00171951 |
| COV-PRIV00012252 | | | | | April - ALL.pptx | Attorney-Client | 5/3/2012 12:19 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00133859 |
| COV-PRIV00012253 | | | | | April - ALL.pptx | Attorney-Client | 5/3/2012 13:56 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00133312 |
| COV-PRIV00012254 | | | | | April - ALL.pptx | Attorney-Client | 5/4/2012 13:14 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00133939 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No 22-50433 (Bankr. D. Del.)
MDT-COV First Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Privilege Type | Primary Date | Priv Log Description | Attorney Name | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012255 | | | | | April - ALL - Graham Mods May 7.pptx | Attorney-Client | 5/7/2012 15:36 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00133393 |
| COV-PRIV00012256 | | | | | April - ALL.pptx | Attorney-Client | 5/11/2012 14:29 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00134022 |
| COV-PRIV00012257 | | | | | April - ALL - Graham Mods May 12.pptx | Attorney-Client | 5/12/2012 6:18 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John | COV-00132149 |
| COV-PRIV00012258 | Jo.Pascucci@Covidien.com | Gregory.Andrulonis@Covidien.com;Patricia.Dolan*@covidien.com | | | RE: CIFSA debt issuance | Attorney-Client; Work Product | 5/14/2012 13:57 | Email chain requesting and rendering legal advice regarding non-pharmaceutical business matters | Dolan, Patricia; Kapples, John | COV-00366382 |
| COV-PRIV00012259 | | | | | DO Underwriters Meeting May 2012 V3 with notes 5-16-12.pptx | Attorney-Client; Work Product | 5/17/2012 14:17 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00161319 |
| COV-PRIV00012260 | | | | | 05.15.12 (Board).docx | Attorney-Client; Work Product | 6/4/2012 21:43 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00236387 |
| COV-PRIV00012261 | | | | | Graham ALL.pptx | Attorney-Client | 7/9/2012 20:00 | Presentation conveying legal advice regarding corporate reorganization projects | Legal Department | COV-00132741 |
| COV-PRIV00012262 | | | | | Audit Committee Report.docx | Attorney-Client | 7/18/2012 12:30 | Draft Board Minutes/Materials conveying legal advice regarding non-pharmaceutical business matters | Dolan, Patricia | COV-00365084 |
| COV-PRIV00012263 | | | | | Graham.pptx | Attorney-Client | 8/6/2012 12:36 | Presentation conveying legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00132806 |
| COV-PRIV00012264 | | | | | FY12JulyJapanMonthly.docx | Attorney-Client; Work Product | 8/12/2012 4:58 | Document discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Legal Department | COV-00122039 |
| COV-PRIV00012265 | | | | | PDF - Complete Audit Committee Binde 9-19-12.pdf | Attorney-Client | 9/11/2012 13:11 | Board Minutes/Materials conveying legal advice regarding general corporate governance matters | Kapples, John | COV-00146828 |
| COV-PRIV00012266 | | | | | FY12AugJapanMonthly.docx | Attorney-Client; Work Product | 9/15/2012 11:04 | Document discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Legal Department | COV-00121244 |
| COV-PRIV00012267 | | | | | Audit Committee Report - 9.19.12 revised.docx | Attorney-Client; Work Product | 9/19/2012 21:31 | Board Minutes/Materials memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Kapples, John | COV-00235025 |
| COV-PRIV00012268 | | | | | Audit Committee Report - 9.19.12 revised.docx | Attorney-Client; Work Product | 9/19/2012 22:21 | Board Minutes/Materials memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Kapples, John | COV-00235312 |
| COV-PRIV00012269 | | | | | Fiscal 2012 Fourth Quarter Legal Update.doc | Attorney-Client; Work Product | 9/24/2012 16:15 | Memorandum memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning Tyco FCPA Settlement | Griffin, John | COV-00266333 |
| COV-PRIV00012270 | | | | | 09.19.12 (Audit) draft.docx | Attorney-Client; Work Product | 10/4/2012 13:44 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00307986 |
| COV-PRIV00012271 | | | | | Audit Committee Book - 11-14-12 - all files.pdf | Attorney-Client; Work Product | 11/8/2012 18:18 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00123087 |
| COV-PRIV00012272 | | | | | FY13OctJapanMonthly.docx | Attorney-Client | 11/16/2012 12:50 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00119629 |
| COV-PRIV00012273 | | | | | FY13DecJapanMonthly.docx | Attorney-Client | 1/17/2013 12:54 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00120393 |
| COV-PRIV00012274 | | | | | FY13Jan_JapanMonthly.docx | Attorney-Client | 2/18/2013 2:21 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00120833 |
| COV-PRIV00012275 | | | | | 1.  Q and A.pdf | Attorney-Client; Work Product | 2/21/2013 15:43 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00182697 |
| COV-PRIV00012276 | | | | | FY13Feb_JapanMonthly.docx | Attorney-Client | 3/13/2013 8:58 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00121260 |
| COV-PRIV00012277 | | | | | 3-2013 Complete Audit Committee Book .pdf | Attorney-Client; Work Product | 3/13/2013 20:13 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters and regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Green, Eric; Griffin, John | COV-00124460 |
| COV-PRIV00012280 | | | | | 03.20.13 (Board).docx | Attorney-Client; Work Product | 4/8/2013 13:04 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Grifin, John | COV-00235496 |
| COV-PRIV00012281 | | | | | FY13Mar_JapanMonthly.docx | Attorney-Client | 4/10/2013 13:02 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00369927 |
| COV-PRIV00012282 | | | | | Italy Organization April 13_rev  2 (2).pdf | Attorney-Client | 4/30/2013 8:13 | Presentation discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00119251 |
| COV-PRIV00012283 | | | | | 03.20.13 (Audit).docx | Attorney-Client; Work Product | 4/30/2013 18:16 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Masterson, John | COV-00235321 |
| COV-PRIV00012284 | | | | | Tab 2 - Sec. 1 - Corporate Controllers Audit Committee 5-22-13.pptx | Attorney-Client; Work Product | 5/8/2013 18:51 | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00279849 |
| COV-PRIV00012285 | | | | | FY13_Apr_JapanMonthly.docx | Attorney-Client | 5/13/2013 13:54 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00119005 |
| COV-PRIV00012286 | | | | | Tab 2 - Sec. 1 - Corporate Controllers Audit Committee 5-22-13.pptx | Attorney-Client; Work Product | 5/14/2013 14:17 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00162552 |
| COV-PRIV00012287 | | | | | Audit Committee Report (5.22.13) r.docx | Attorney-Client; Work Product | 5/20/2013 15:18 | Draft Board Minutes/Materials memorializing legal advice and requesting, rendering, and discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00235099 |
| COV-PRIV00012288 | | | | | 05.22.13 (Board).docx | Attorney-Client | 6/3/2013 21:05 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Griffin, John | COV-00235103 |
| COV-PRIV00012289 | Richard.Brown@Covidien.com | Joe.Almeida@Covidien.com;Charles.Dockendorff@Covidien.com | | | FW: Tax 8K filing - Catch up Call | Attorney-Client | 6/28/2013 15:56 | Email chain requesting legal advice regarding general corporate tax matters | Green, Eric | COV-00160130 |
| COV-PRIV00012290 | | | | | 05.22.13 (Audit) -r.docx | Attorney-Client; Work Product | 7/8/2013 13:50 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Masterson, John | COV-00368322 |
| COV-PRIV00012291 | Lauren.Budden*@Covidien.com | Cole.Lannum@Covidien.com;dan.newton@Covidien.com | Chris.Palermo@Covidien.com;Jacob.Signoriello@Covidien.com;Todd.Carpenter@Covidien.com;Bruce.Farmer@Covidien.com;jacqueline.strayer@covidien.com | | RE: A couple of questions post the results | Attorney-Client | 8/2/2013 19:16 | Email chain requesting legal advice regarding general regulatory and financial disclosure matters | Budden, Lauren | COV-00114879 |
| COV-PRIV00012292 | Lauren.Budden*@Covidien.com | peter.lucht@covidien.com;Cole.Lannum@Covidien.com;Todd.Carpenter@Covidien.com;Bruce.A.Farmer@covidien.com | Amy.Lawrence@covidien.com | | 8-K to be filed on Mon | Attorney-Client | 12/15/2013 1:11 | Email chain requesting and rendering legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Budden, Lauren | COV-00152618 |
| COV-PRIV00012293 | | | | | 2012-3-13 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:47 | Board Minutes/Materials memorializing legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John | MDT-001350 |
| COV-PRIV00012294 | | | | | 2013_May.PDF | Attorney-Client; Work Product | 5/3/2021 16:41 | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | MDT-039392 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER