# EXHIBIT C

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)
MDT-COV Second Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Privilege Type | Primary Date | Priv Log Description | Attorney Name | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012295 | | | | | MEETING OF THE COMPLIANCE COMMITTEE OF THE BOARD OF DIRECTORS MARCH 16 2010 | Attorney-Client;Work Product | | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00098523 |
| COV-PRIV00012296 | | | | | MEETING OF THE COMPLIANCE COMMITTEE OF THE BOARD OF DIRECTORS JULY 21 2010 | Attorney-Client;Work Product | | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00149848 |
| COV-PRIV00012297 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE ENTERPRISE RISK ASSESSMENT FY 2010 | Attorney-Client;Work Product | | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00150775 |
| COV-PRIV00012298 | | | | | MEETING OF THE BOARD OF DIRECTORS JANUARY 21-22 2010 | Attorney-Client | | Board Minutes/Materials discussing legal advice regarding general corporate compliance obligations, policies, or procedures | Masterson, John | MDT-041693 |
| COV-PRIV00012299 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE ENTERPRISE RISK ASSESSMENT FY 2011 | Attorney-Client;Work Product | | Board Minutes/Materials rendering legal advice, discussing legal advice regarding general corporate compliance obligations, policies, or procedures, regarding corporate compliance obligations, policies, or procedures related to non-pharmaceutical businesses, and regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masteron, John H. | MDT-042400 |
| COV-PRIV00012300 | | | | | SUBSIDIARY GUARANTEES | Attorney-Client | | Letter rendering legal advice regarding general regulatory and financial disclosure matters | Kapples, Jack | MDT-042588 |
| COV-PRIV00012301 | | | | | GUARANTEE | Attorney-Client | | Draft Agreement conveying legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Kapples, Jack | MDT-042589 |
| COV-PRIV00012302 | | | | | GUARANTEE | Attorney-Client | | Draft Agreement conveying legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Kapples, Jack | MDT-042590 |
| COV-PRIV00012303 | | | | | DRAFT EXECUTIVE COMPENSATION RECOUPMENT POLICY | Attorney-Client | | Letter rendering legal advice regarding general corporate governance matters | Kapples, Jack | MDT-042592 |
| COV-PRIV00012304 | | | | | EXECUTIVE COMPENSATION RECOUPMENT POLICY POLICIES AND PROCEDURES | Attorney-Client | | Draft memorializing legal advice regarding general corporate governance matters | Kapples, Jack | MDT-042593 |
| COV-PRIV00012305 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE BOARD OF DIRECTORS MEETING | Attorney-Client;Work Product | | Board Minutes/Materials discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00151021 |
| COV-PRIV00012306 | | | | | MEETING OF THE BOARD OF DIRECTORS NOVEMBER 17-18 2010 | Attorney-Client;Work Product | | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John; Masterson, John | COV-00151027 |
| COV-PRIV00012307 | | | | | Q3 FY 2011 DIVIDEND | Attorney-Client | | Document rendering legal advice regarding general corporate tax matters | Green, Eric | MDT-043675 |
| COV-PRIV00012308 | | | | | Finance Workstream 3-06-06fromCorp.mpp | Attorney-Client | 3/7/2006 20:02 | Spreadsheet memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John; Edwards, Peter, Nicolella, Matt; Kapples, Jack | COV-00124316 |
| COV-PRIV00012309 | | | | | FINAL 2010 Assessment Book V4.pptx | Attorney-Client;Work Product | 1/13/2010 16:06 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00234001 |
| COV-PRIV00012310 | | | | | FINAL 2010 Assessment Book V4.pptx | Attorney-Client;Work Product | 1/13/2010 16:06 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00236222 |
| COV-PRIV00012311 | | | | | FINAL 2010 Assessment Book V4.pptx | Attorney-Client;Work Product | 1/13/2010 16:06 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00245496 |
| COV-PRIV00012312 | | | | | FINAL 2010 Assessment Book V4.pptx | Attorney-Client;Work Product | 1/13/2010 16:06 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00245565 |
| COV-PRIV00012313 | | | | | DO Underwriters Meeting - May 2010 (v4).ppt | Attorney-Client;Work Product | 5/17/2010 15:46 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00119170 |
| COV-PRIV00012314 | Folco, Dana | Kapples, Jack*;Sardella, Dennis (DJ)* | | | BRUCE: BRUCE: Jan & Feb 2009 | Attorney-Client | 6/16/2010 16:24 | Email chain discussing legal advice regarding general regulatory and financial disclosure matters | Johnson, Diedre; Sardella, Dennis; Kapples, Jack | COV-00371574 |
| COV-PRIV00012315 | | | | | Tab E - Sec. 1 - Ombudsman Board Presentation 9 22 10 Final.pptx | Attorney-Client;Work Product | 9/13/2010 19:39 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack; Spencer, Gina | COV-00371923 |
| COV-PRIV00012316 | | | | | RA Presentation Q1 FY11 v14.pptx | Attorney-Client | 11/30/2010 16:52 | Presentation conveying legal advice regarding corporate governance matters related to non-pharmaceutical businesses | Budden, Lauren | COV-00160300 |
| COV-PRIV00012317 | | | | | 11.17.10 (Audit) - 2.doc | Attorney-Client | 1/6/2011 21:52 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Masterson, John; Green, Eric | COV-00164539 |
| COV-PRIV00012318 | Griffin, John* | Berns, Tracy* | | | FW: Compliance Committee | Attorney-Client | 3/2/2011 15:05 | Email chain rendering legal advice regarding non-pharmaceutical business matters | Griffin, John | COV-00369135 |
| COV-PRIV00012319 | Griffin, John* | Masterson, John* | | | FW: Compliance Committee | Attorney-Client | 3/2/2011 18:50 | Email chain rendering legal advice regarding non-pharmaceutical business matters | Griffin, John | COV-00369112 |
| COV-PRIV00012320 | Masterson, John* | Gaddy, Suzanne | | | FW: Compliance Committee | Attorney-Client | 3/2/2011 18:55 | Email chain rendering legal advice regarding non-pharmaceutical business matters | Griffin, John; Masterson, John | COV-00368326 |
| COV-PRIV00012321 | | | | | Tab B - Sec. 1 - Minutes 01 19 11 (Audit).doc | Attorney-Client | 3/4/2011 17:59 | Board Minutes/Materials discussing legal advice regarding general corporate tax matters | Dolan, Pat; Kapples, Jack; Masterson, John; Green, Eric; Golod, Lisa | COV-00369994 |
| COV-PRIV00012322 | | | | | Tab G - Ombudsman Board Presentation 3 15 11.pptx | Attorney-Client | 3/7/2011 13:40 | Presentation memorializing legal advice regarding general corporate compliance obligations, policies, or procedures | Spencer, Gina | COV-00370038 |
| COV-PRIV00012323 | | | | | Pharmaceuticals Monthly Report FEBRUARY 2011 FINAL.docx | Attorney-Client | 3/14/2011 1:19 | Memorandum discussing legal advice regarding non-pharmaceutical intellectual property matters | Legal Department | COV-00112672 |
| COV-PRIV00012324 | | | | | 110317 CovAG Board materials.pdf | Attorney-Client;Work Product | 3/15/2011 17:02 | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack | COV-00159761 |
| COV-PRIV00012325 | | | | | 03.15.11 (Board).doc | Attorney-Client | 4/6/2011 12:39 | Draft Board Minutes/Materials memorializing legal advice regarding general corporate tax matters and regarding corporate compliance obligations, policies, or procedures related to non-pharmaceutical businesses | Kapples, Jack: Masterson, John; Green, Eric | COV-00368076 |
| COV-PRIV00012326 | | | | | 03.15.11 (Audit).doc | Attorney-Client | 4/13/2011 20:06 | Board Minutes/Materials discussing legal advice regarding general corporate tax matters | Green, Eric; Outside Counsel | COV-00186040 |
| COV-PRIV00012327 | | | | | COV_51.xls | Attorney-Client;Work Product | 4/21/2011 22:48 | Spreadsheet rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00112681 |
| COV-PRIV00012328 | | | | | JM Presentation 5032011 - NOTES ONLY VERSION .ppt | Attorney-Client;Work Product | 4/29/2011 15:07 | Presentation memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Masterson, John | COV-00368362 |
| COV-PRIV00012329 | | | | | Agenda Tab - Audit Committee Agenda--May 17 2011.docx | Attorney-Client | 5/3/2011 13:29 | Agenda conveying legal advice regarding general corporate governance matters | Outside Counsel | COV-00162528 |
| COV-PRIV00012330 | | | | | Agenda Tab - Audit Committee Agenda--May 17 2011.docx | Attorney-Client | 5/3/2011 13:29 | Agenda conveying legal advice regarding general corporate governance matters | Outside Counsel | COV-00125305 |
| COV-PRIV00012331 | | | | | Tab A - Sec. 1 - Minutes 03 15 11 (Audit).doc | Attorney-Client | 5/6/2011 14:20 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters | Green, Eric | COV-00125306 |
| COV-PRIV00012332 | | | | | Tab A - Sec. 2 - Minutes 04 19 11 (Audit).doc | Attorney-Client | 5/6/2011 14:21 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters | Green, Eric | COV-00125307 |
| COV-PRIV00012333 | | | | | Tab A - Sec. 3 - Minutes 04 29 11 (Audit).docx | Attorney-Client | 5/6/2011 14:22 | Board Minutes/Materials memorializing legal advice regarding corporate governance matters related to non-pharmaceutical businesses and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Budden, Lauren | COV-00125309 |
| COV-PRIV00012334 | | | | | Tab D - Tax 5-6-11 Audit Committee Presentation (2).pptx | Attorney-Client | 5/6/2011 18:48 | Presentation rendering legal advice regarding general corporate tax matters | Green, Eric | COV-00125354 |
| COV-PRIV00012335 | | | | | Tab B - 163j MAY62011 FINALAudit Comm Slides.ppt | Attorney-Client | 5/6/2011 18:56 | Board Minutes/Materials memorializing legal advice regarding corporate governance matters related to non-pharmaceutical businesses and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Green, Eric | COV-00125311 |
| COV-PRIV00012336 | | | | | TAB 7.3, Enterprise Risk Assessment-Appendix B, Sector Risks.pptx | Attorney-Client;Work Product | 5/10/2011 14:06 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235452 |
| COV-PRIV00012337 | Phillips, Graham | Clark, Campbell* | Lei, Yu;Emmons, Cliff;Smith, Kurt R. | | Fwd: Covidien / IDEO Services Agmt | Attorney-Client | 6/13/2011 17:55 | Email chain requesting, rendering, and discussing legal advice regarding non-pharmaceutical business matters | Clark, Campbell | COV-00131874 |
| COV-PRIV00012338 | Graham.Phillips@Covidien.com | Campbell.Clark@covidien.com | yu.lei@covidien.com;Cliff.Emmons@Covidien.com;Kurt.Smith@covidien.com | | Fwd: Covidien / IDEO Services Agmt | Attorney-Client | 6/13/2011 17:55 | Email chain requesting, rendering, and discussing legal advice regarding non-pharmaceutical business matters | Clark, Campbell | COV-00131965 |
| COV-PRIV00012339 | Clark, Campbell* | Phillips, Graham;Lei, Yu | Emmons, Cliff | | RE: Covidien / IDEO Services Agmt | Attorney-Client | 6/16/2011 11:32 | Email chain requesting, rendering, and discussing legal advice regarding non-pharmaceutical business matters | Clark, Campbell | COV-00132001 |
| COV-PRIV00012340 | Campbell.Clark*@covidien.com | Graham.Phillips@Covidien.com;yu.lei@covidien.com | Cliff.Emmons@Covidien.com | | RE: Covidien / IDEO Services Agmt | Attorney-Client | 6/16/2011 11:32 | Email chain requesting, rendering, and discussing legal advice regarding non-pharmaceutical business matters | Clark, Campbell | COV-00132122 |
| COV-PRIV00012341 | | | | | COV_360_20110623.xlsm | Attorney-Client;Work Product | 6/24/2011 0:57 | Spreadsheet memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00105796 |
| COV-PRIV00012342 | | | | | 05.17.11 (Audit).doc | Attorney-Client | 7/6/2011 16:15 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters | Outside Counsel | COV-00164495 |
| COV-PRIV00012343 | | | | | Q3 FY11 Risk Committee Report v3.pptx | Attorney-Client;Work Product | 7/27/2011 15:46 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00183221 |
| COV-PRIV00012344 | | | | | Audit Committee Report (09.21.11).doc | Attorney-Client;Work Product | 9/22/2011 1:00 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack | COV-00330897 |
| COV-PRIV00012345 | | | | | Board Meeting November 16.pptx | Attorney-Client | 11/16/2011 9:33 | Board Minutes/Materials rendering legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00331000 |
| COV-PRIV00012346 | | | | | Tab A - Sec. 2 - Minutes 11 16 11 (Audit).doc | Attorney-Client | 1/17/2012 4:02 | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00126146 |
| COV-PRIV00012347 | | | | | COV_01.26.12.xls | Attorney-Client;Work Product | 1/27/2012 0:42 | Spreadsheet rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00114459 |
| COV-PRIV00012348 | | | | | Pension Exit Strategy v8.pptx | Attorney-Client | 2/10/2012 22:51 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Bliezerian, Keith | COV-00183133 |
| COV-PRIV00012349 | | | | | Tab A - Sec. 1 - Minutes 01 17 12 (Audit).docx | Attorney-Client | 3/5/2012 13:25 | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00163481 |
| COV-PRIV00012350 | | | | | Tab D - D&T Covidien FY2012 Client Service Plan - FINAL.docx | Attorney-Client;Work Product | 3/5/2012 14:52 | Presentation providing information prepared for the purpose of facilitating the rendition of legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00163487 |
| COV-PRIV00012351 | | | | | CorporateOHAllocationFY12byQuartervalued TP Est.xlsx | Attorney-Client;Work Product | 3/21/2012 19:52 | Spreadsheet rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00124428 |
| COV-PRIV00012352 | Kevin.DaSilva@Covidien.com | Gregory.Andrulonis@Covidien.com | | | Fwd: Covidien EL | Attorney-Client | 3/22/2012 17:52 | Email chain discussing legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | Nicolella, Matthew | COV-00120265 |
| COV-PRIV00012353 | | | | | March - ALL.pptx | Attorney-Client | 4/4/2012 12:32 | Presentation conveying legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | O'Brien, Betsy | COV-00132384 |
| COV-PRIV00012354 | | | | | March - All.pptx | Attorney-Client | 4/5/2012 11:51 | Presentation conveying legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | O'Brien, Betsy | COV-00132560 |
| COV-PRIV00012355 | | | | | March - All.pptx | Attorney-Client | 4/5/2012 12:53 | Presentation conveying legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | O'Brien, Betsy | COV-00133058 |
| COV-PRIV00012356 | Matthew.Nicolella*@Covidien.com | Glenn.Gibbons@covidien.com;Lawrence.Weiss*@Covidien.com | | | RE: Daiquiri Dataroom proposal - RR Donnelley | Attorney-Client | 4/6/2012 18:14 | Email chain rendering legal advice regarding non-pharmaceutical business matters | Nicolella, Matthew | COV-00152100 |
| COV-PRIV00012357 | | | | | March - All.pptx | Attorney-Client | 4/10/2012 13:34 | Presentation conveying legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | O'Brien, Betsy | COV-00133222 |
| COV-PRIV00012358 | | | | | March - All.pptx | Attorney-Client | 4/10/2012 18:57 | Presentation conveying legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | O'Brien, Betsy | COV-00133580 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)
MDT-COV Second Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Privilege Type | Primary Date | Priv Log Description | Attorney Name | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012359 | | | | | 04.25.12 (Audit).docx | Attorney-Client;Work Product | 4/30/2012 21:53 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack | COV-00127234 |
| COV-PRIV00012360 | | | | | TAB 4 - Government Investigations - Griffin - May 15, 2012.pptx | Attorney-Client;Work Product | 5/2/2012 18:40 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning same | Griffin, John | COV-00338355 |
| COV-PRIV00012361 | | | | | Q2 FY12 Risk Committee Report v1.pptx | Attorney-Client;Work Product | 5/3/2012 16:29 | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00149241 |
| COV-PRIV00012362 | | | | | Treasury Enablement Processes (Underwriting)-09-05-06.xls | Attorney-Client | 6/14/2012 17:23 | Spreadsheet providing information prepared for the purpose of facilitating the rendition of legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | Legal Department | COV-00375296 |
| COV-PRIV00012363 | | | | | Enablement External Treasury(Contigent Liabilities)v3.xls | Attorney-Client | 6/14/2012 17:24 | Spreadsheet memorializing legal advice and providing information prepared for the purpose of facilitating the rendition of legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | Legal Department | COV-00375284 |
| COV-PRIV00012364 | | | | | July FY12 BOD - Detail Deck_Mailing.pdf | Attorney-Client;Work Product | 7/2/2012 13:27 | Board Minutes/Materials providing information prepared for the purpose of facilitating the rendition of legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00368092 |
| COV-PRIV00012365 | | | | | July FY12 BOD - Detail Deck_Mailing.pdf | Attorney-Client;Work Product | 7/2/2012 13:27 | Board Minutes/Materials providing information prepared for the purpose of facilitating the rendition of legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00368602 |
| COV-PRIV00012366 | | | | | Legal Tracking sheet.pdf | Attorney-Client;Work Product | 8/14/2012 17:43 | Spreadsheet memorializing legal advice regarding general corporate governance matters and regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00118418 |
| COV-PRIV00012367 | | | | | Legal Tracking sheet.pdf | Attorney-Client;Work Product | 8/14/2012 17:43 | Spreadsheet memorializing legal advice regarding general corporate governance matters and regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00128589 |
| COV-PRIV00012368 | | | | | TAB 5 - Government Investigations - Sept 19, 2012.pptx | Attorney-Client;Work Product | 9/21/2012 20:52 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning same | Griffin, John | COV-00107501 |
| COV-PRIV00012369 | | | | | TAB 5 - Government Investigations - Sept 19, 2012.pptx | Attorney-Client;Work Product | 9/21/2012 20:52 | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning same | Griffin, John | COV-00115398 |
| COV-PRIV00012370 | | | | | 09.19.12 (Audit) draft.docx | Attorney-Client;Work Product | 9/25/2012 12:48 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00235960 |
| COV-PRIV00012371 | | | | | 09 19 12 (Audit).docx | Attorney-Client;Work Product | 10/4/2012 15:02 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | COV-00118020 |
| COV-PRIV00012372 | Jessie.Yap*@Covidien.com | Brian.King@Covidien.com;Mats.Eklof@Covidien.com;Peter.Ginn@Covidien.com | | | Re: Tyco International's FCPA Settlement with U.S DOJ and SEC | Attorney-Client;Work Product | 10/8/2012 10:25 | Email memorializing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Yap, Jessie | COV-00115478 |
| COV-PRIV00012373 | Jack.Kapples*@Covidien.com | Mark.Bonaguro*@Covidien.com;David.Colleran@Covidien.com;Michael.Cowhig*@Covidien.com;Lawrence.Weiss*@Covidien.com | | | Draft form 10-K | Attorney-Client | 10/26/2012 14:42 | Email requesting and rendering legal advice regarding general litigation and financial disclosure matters related to non-pharmaceutical business | Kapples, Jack | COV-00365162 |
| COV-PRIV00012374 | | | | | 1. Q and A.pdf | Attorney-Client;Work Product | 11/6/2012 14:18 | Document memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00114403 |
| COV-PRIV00012375 | | | | | Business Review Nov 7.pptx | Attorney-Client | 11/7/2012 13:41 | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00121279 |
| COV-PRIV00012376 | Matthew.Nicolella*@Covidien.com | Jonathan.Paris*@covidien.com | | | FW: Covidien Pharma - Shanghai | Attorney-Client | 11/13/2012 13:23 | Email chain rendering legal advice regarding non-pharmaceutical business matters | Clark, Campbell; Nicolella, Matthew | COV-00099163 |
| COV-PRIV00012377 | John.Griffin*@Covidien.com | Joe.Almeida@Covidien.com | John.Masterson*@Covidien.com;Jack.Kapples*@Covidien.com | | Compliance Committee Notes | Attorney-Client;Work Product | 11/14/2012 15:47 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Griffin, John; Edwards, Peter | COV-00236474 |
| COV-PRIV00012378 | | | | | Q4 FY12 Risk Committee Report.pdf | Attorney-Client;Work Product | 12/13/2012 18:06 | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00107438 |
| COV-PRIV00012379 | | | | | Tab 2 - Sec. 1 - Corporate Controllers Audit Committee 3-20-13.pdf | Attorney-Client;Work Product | 3/6/2013 19:24 | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Dolan, Patricia; Kapples, Jack | COV-00234424 |
| COV-PRIV00012380 | | | | | Covidien FY2013 Audit Service Plan - DRAFT 3.pdf | Attorney-Client;Work Product | 3/6/2013 20:35 | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Kapples, Jack; Dolan, Patricia | COV-00368386 |
| COV-PRIV00012381 | | | | | Tab 2 - Sec. 1 - Corporate Controllers Audit Committee 3-20-13.pptx | Attorney-Client;Work Product | 3/11/2013 13:27 | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Outside Counsel | COV-00123425 |
| COV-PRIV00012382 | | | | | FY13Feb_JapanMonthly.pptx | Attorney-Client | 3/13/2013 8:58 | Document discussing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00121222 |
| COV-PRIV00012383 | | | | | Audit Committee Report (3.20.13).docx | Attorney-Client;Work Product | 3/18/2013 14:43 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Dolan, Patricia; Masterson, John; Green, Eric | COV-00311211 |
| COV-PRIV00012384 | Meredith.Lee@Covidien.com | Gregory.Andrulonis@Covidien.com | | | D&O Presentation | Attorney-Client;Work Product | 3/26/2013 12:52 | Email chain conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Kapples, Jack | COV-00181095 |
| COV-PRIV00012385 | | | | | 03.29.13 (Board).docx | Attorney-Client;Work Product | 4/1/2013 14:40 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack; Masterson, John | COV-00234970 |
| COV-PRIV00012386 | Richard.Brown@Covidien.com | Richard.Brown@Covidien.com | | | Fwd: Presentation - FOR REVIEW | Attorney-Client | 4/18/2013 11:55 | Email requesting legal advice regarding general regulatory and financial disclosure matters | Legal Department | COV-00164849 |
| COV-PRIV00012387 | | | | | Q2 2013 10-Q Summary of Significant Changes.doc | Attorney-Client | 4/23/2013 18:47 | Document memorializing legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical business | Kapples, Jack; Dolan, Patricia | COV-00176625 |
| COV-PRIV00012388 | | | | | COVAG Agenda with Materials.pdf | Attorney-Client | 5/6/2013 14:09 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00255968 |
| COV-PRIV00012389 | | | | | Microsoft_Excel_Worksheet1.xlsx | Attorney-Client;Work Product | 5/8/2013 14:08 | Spreadsheet conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00162578 |
| COV-PRIV00012390 | | | | | 03.20.13 (Audit).docx | Attorney-Client;Work Product | 5/9/2013 13:34 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Griffin, John; Masterson, John | COV-00266290 |
| COV-PRIV00012391 | | | | | TAB 4 - Government Investigations - May 22, 2013.pptx | Attorney-Client;Work Product | 5/9/2013 15:39 | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning same | Griffin, John | COV-00266297 |
| COV-PRIV00012392 | | | | | Tab 3 - Sec. 1 - Corporate Controllers Audit Committee 5-22-13.pptx | Attorney-Client;Work Product | 5/9/2013 20:55 | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Outside Counsel | COV-00370238 |
| COV-PRIV00012393 | Geoffrey.Kupferschmid@covidien.com | Lauren.Budden*@Covidien.com;Sarah.Rana*@covidien.com;Bruce.Farmer@Covidien.com;Todd.Carpenter@Covidien.com | Gregory.Andrulonis@Covidien.com;Bao.Tran@Covidien.com;Christine.Crowley@covidien.com;Patricia.Dolan*@covidien.com | | FW: PR Draft - Second Attempt | Attorney-Client | 5/10/2013 20:25 | Email requesting legal advice regarding general regulatory and financial disclosure matters | Rana, Sarah | COV-00146734 |
| COV-PRIV00012394 | | | | | Audit Committee Report (5.22.13) r.docx | Attorney-Client;Work Product | 5/20/2013 15:18 | Draft Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Dolan, Patricia; Kapples, Jack; Griffin, John | COV-00342559 |
| COV-PRIV00012395 | | | | | Form 10 amend #3 summary.docx | Attorney-Client;Work Product | 5/24/2013 19:37 | Document memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Legal Department | COV-00164814 |
| COV-PRIV00012396 | | | | | AUDIT COMMITTEE REPORT.docx | Attorney-Client;Work Product | 6/3/2013 14:49 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00247662 |
| COV-PRIV00012397 | | | | | 05.22.13 (Audit).docx | Attorney-Client;Work Product | 7/8/2013 14:12 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Griffin, John; Masterson, John | COV-00162895 |
| COV-PRIV00012398 | Patricia.Dolan*@covidien.com | Stephen.Ranalow@arthurcox.com | Jack.Kapples*@Covidien.com | | Distributable Reserves | Attorney-Client | 8/8/2013 13:54 | Email requesting and rendering legal advice regarding non-pharmaceutical business matters | Dolan, Patricia; Kapples, Jack | COV-00371203 |
| COV-PRIV00012399 | | | | | 2013 Chuck_Guidance_Draft 2.pptx | Attorney-Client | 8/16/2013 19:22 | Presentation providing information prepared for the purpose of facilitating the rendition of legal advice regarding corporate governance matters related to non-pharmaceutical businesses | Legal Department | COV-00158163 |
| COV-PRIV00012400 | | | | | Audit Committee Report (9.18.13).docx | Attorney-Client;Work Product | 9/16/2013 15:51 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters and regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John; Green, Eric | COV-00368357 |
| COV-PRIV00012401 | | | | | 10-K 2013 Summary of Significant Changes.doc | Attorney-Client;Work Product | 11/1/2013 22:29 | Document memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00370363 |
| COV-PRIV00012402 | Geoffrey.Kupferschmid@covidien.com | Bao.Tran@Covidien.com;Christine.Crowley@covidien.com | Gregory.Andrulonis@Covidien.com | | Fwd: DRAFT 10-K | Attorney-Client | 11/13/2013 2:01 | Email requesting legal advice regarding general regulatory and financial disclosure matters | Kapples, Jack | COV-00183124 |
| COV-PRIV00012403 | | | | | Q4 FY13 Risk Committee Report_FINAL.pptx | Attorney-Client;Work Product | 11/20/2013 21:31 | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00180864 |
| COV-PRIV00012404 | Cheryl.Copeland*@covidien.com | Jennifer.Hurley@Covidien.com;Kevin.DaSilva@Covidien.com | | | RE: TEAM proposal - Tyco Healthcare Group Canada ULC to Covidien Canada ULC | Attorney-Client | 11/25/2013 17:33 | Email requesting legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | Caron, Jason | COV-00121680 |
| COV-PRIV00012405 | Jennifer.Hurley@Covidien.com | Kevin.DaSilva@Covidien.com | Cheryl.Copeland*@covidien.com | | RE: TEAM proposal - Tyco Healthcare Group Canada ULC to Covidien Canada ULC | Attorney-Client | 11/26/2013 12:52 | Email requesting legal advice regarding corporate reorganization projects unrelated to the pharmaceutical business restructuring | Caron, Jason | COV-00121682 |
| COV-PRIV00012406 | Gregory.Andrulonis@Covidien.com | Geoffrey.Kupferschmid@covidien.com;Paul.McDowell@covidien.com | | | FW: Gimlet Transaction Documents (fully executed copies) | Attorney-Client | 12/9/2013 16:23 | Email memorializing legal advice regarding non-pharmaceutical business matters | Nicolella, Matthew | COV-00182104 |
| COV-PRIV00012407 | JDavidowitz@cantor.com | Cole.Lannum@Covidien.com | Todd.Carpenter@Covidien.com | | RE: Given Imaging discussion | Attorney-Client | 12/9/2013 21:51 | Email chain discussing legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | Outside Counsel | COV-00114977 |
| COV-PRIV00012408 | | | | | 6 - Skadden NYCSR06A-#898145-v3-Covidien-bill_breakdown.xlsx | Attorney-Client | 7/22/2015 20:31 | Spreadsheet memorializing legal advice regarding general corporate tax matters | Outside Counsel | COV-00183710 |
| COV-PRIV00012409 | | | | | 6 - Skadden NYCSR06A-#898145-v3-Covidien-bill_breakdown.xlsx | Attorney-Client | 7/22/2015 20:31 | Spreadsheet memorializing legal advice regarding general corporate tax matters | Outside Counsel | COV-00183711 |
| COV-PRIV00012410 | | | | | 2014.09.26- Board Minutes (Redacted) (MTD000266-0269)_65181897(1).PDF | Attorney-Client | 1/4/2018 19:50 | Board Minutes/Materials discussing legal advice regarding non-pharmaceutical business matters | Lerman, Brad | COV-00098540 |
| COV-PRIV00012411 | | | | | 2012_November.PDF | Attorney-Client;Work Product | 2/9/2021 20:07 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Berns, Tracy; Griffin, John | MDT-039774 |
| COV-PRIV00012412 | | | | | 2012_July.PDF | Attorney-Client;Work Product | 2/26/2021 4:54 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | MDT-038700 |
| COV-PRIV00012413 | | | | | 2013_January.PDF | Attorney-Client;Work Product | 2/26/2021 5:52 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business, regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses, and regarding contractual obligations | Griffin, John | MDT-039924 |
| COV-PRIV00012414 | | | | | 2011-11-16 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:34 | Board Minutes/Materials discussing legal advice regarding general corporate compliance obligations, policies, or procedures and regarding corporate governance matters related to non-pharmaceutical businesses | Kapples, Jack | MDT-001336 |
| COV-PRIV00012415 | | | | | 2010-9-23 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:36 | Board Minutes/Materials memorializing legal advice regarding corporate governance matters related to non-pharmaceutical businesses and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John; Kapples, Jack | MDT-001363 |
| COV-PRIV00012416 | | | | | 2011-1-20 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:37 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Kapples, Jack | MDT-001393 |
| COV-PRIV00012417 | | | | | 2011-3-15 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:37 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters, regarding non-pharmaceutical business matters, and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Green, Eric; Kapples, Jack | MDT-001400 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)**
**MDT-COV Second Redacted Privilege Log**

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Privilege Type | Primary Date | Priv Log Description | Attorney Name | Beginning Bates |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012418 | | | | | 2011-5-17 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:38 | Board Minutes/Materials memorializing legal advice regarding general corporate governance matters and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Green, Eric; Griffin, John | MDT-001316 |
| COV-PRIV00012419 | | | | | 2011-7-20 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:39 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters | Green, Eric | MDT-001373 |
| COV-PRIV00012420 | | | | | 2012-1-18 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:46 | Board Minutes/Materials memorializing legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Kapples, Jack | MDT-001463 |
| COV-PRIV00012421 | | | | | 2012-5-15 Board Minutes.pdf | Attorney-Client;Work Product | 4/30/2021 12:48 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business, regarding non-pharmaceutical business matters, and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John | MDT-001411 |
| COV-PRIV00012422 | | | | | 2012-7-18 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:49 | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters and regarding general corporate governance matters | Green, Eric; Kapples, Jack | MDT-001486 |
| COV-PRIV00012423 | | | | | 2012-9-19 Board Minutes.pdf | Attorney-Client;Work Product | 4/30/2021 12:50 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Berns, Tracy; Griffin, John | MDT-001383 |
| COV-PRIV00012424 | | | | | 2013-3-20 Board Minutes.pdf | Attorney-Client;Work Product | 4/30/2021 12:51 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business, regarding non-pharmaceutical business matters, and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Masterson, John | MDT-001442 |
| COV-PRIV00012425 | | | | | 2013-5-22 Board Minutes.pdf | Attorney-Client | 4/30/2021 12:52 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Griffin, John | MDT-001427 |
| COV-PRIV00012426 | | | | | 2012_May.PDF | Attorney-Client;Work Product | 5/3/2021 16:26 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business, regarding non-pharmaceutical business matters, and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Griffin, John; Masterson, John | MDT-038908 |
| COV-PRIV00012427 | | | | | 2012_March.PDF | Attorney-Client | 5/3/2021 16:27 | Board Minutes/Materials memorializing legal advice regarding non-pharmaceutical business matters | Legal Department | MDT-039168 |
| COV-PRIV00012428 | | | | | 2011_July.PDF | Attorney-Client;Work Product | 5/3/2021 16:30 | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack | MDT-038520 |
| COV-PRIV00012429 | | | | | 2011_September.PDF | Attorney-Client | 5/3/2021 16:32 | Board Minutes/Materials conveying legal advice regarding non-pharmaceutical business matters | Kapples, Jack | MDT-040385 |
| COV-PRIV00012430 | | | | | 2012_January.PDF | Attorney-Client | 5/3/2021 16:33 | Board Minutes/Materials conveying legal advice regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Kapples, Jack | MDT-040628 |
| COV-PRIV00012431 | | | | | 2011_November.PDF | Attorney-Client | 5/3/2021 16:37 | Draft Filing conveying legal advice regarding non-pharmaceutical business matters and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses | Masterson, John | MDT-038231 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER