# EXHIBIT D

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)

MDT-COV Third Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Primary Date | Privilege Type | Priv Log Description | Attorney Name | Bates Beg |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012432 | | | | | FINAL 2010 Assessment Book V4.pptx | 1/13/2010 16:06 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00234073 |
| COV-PRIV00012433 | | | | | FINAL 2010 Assessment Book V4.pptx | 1/13/2010 16:06 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00370937 |
| COV-PRIV00012434 | | | | | TAB 3, Bus Dev, 5.18.10.pptx | 5/12/2010 19:14 | Attorney-Client | Presentation providing information prepared for the purpose of facilitating the rendition of legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | Sardella, DJ; Kapples, Jack; Nicolella, Matthew | COV-00377526 |
| COV-PRIV00012435 | Folco, Dana | DJ.Sardella* | Matthew.Nicolella*;Jack.Kapples* | | PROJECT EVAN | 6/8/2010 14:37 | Attorney-Client | Email providing information prepared for the purpose of facilitating the rendition of legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | | COV-00377525 |
| COV-PRIV00012436 | | | | | Q3 2010 Conference Call Script_DC.doc | 7/26/2010 20:00 | Attorney-Client | Draft Press Release providing information prepared for the purpose of facilitating the rendition of legal advice regarding general regulatory and financial disclosure matters | Green, Eric; Golod, Lisa; Budden, Lauren; Dolan, Patricia; Griffin, John; Kapples, Jack | COV-00378669 |
| COV-PRIV00012437 | | | | | Q&A 072710.doc | 7/27/2010 16:25 | Attorney-Client | Notes rendering legal advice regarding general regulatory and financial disclosure matters | | COV-00113724 |
| COV-PRIV00012438 | | | | | Tab B - Sec  1 - Corporate Controller's Comm - Dick Brown - 9-10.pptx | 9/13/2010 19:19 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Kapples, Jack | COV-00371824 |
| COV-PRIV00012439 | | | | | TAB 3 - Government Investigations Update 11-17-2010.ppt | 11/8/2010 19:01 | Attorney-Client;Work Product | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377343 |
| COV-PRIV00012440 | | | | | TAB 4 - Compliance Developments - 11-17-2010.ppt | 11/8/2010 20:56 | Attorney-Client;Work Product | Presentation regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding general regulatory and financial disclosure matters | John Griffin | COV-00377349 |
| COV-PRIV00012441 | | | | | TAB 5 - Next Meeting Proposed Agenda.ppt | 11/8/2010 20:58 | Attorney-Client;Work Product | Presentation rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377352 |
| COV-PRIV00012442 | | | | | TAB 1 - Meeting Minutes - 9 22 10 (Compliance).doc | 11/9/2010 21:45 | Attorney-Client;Work Product | Draft Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377315 |
| COV-PRIV00012443 | | | | | TAB 2 - EHS Update Nov17, 2010-NRCDEAEHS.ppt | 11/10/2010 14:39 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Patricia Duft | COV-00377319 |
| COV-PRIV00012444 | John.Griffin* | ccoughlin@TYCO.COM | Folco, Dana | | Compliance Committee Notes | 11/17/2010 16:23 | Attorney-Client;Work Product | Notes conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Griffin, John | COV-00245753 |
| COV-PRIV00012445 | Folco, Dana | John.Griffin*;ccoughlin@tyco.com | | | RE: Compliance Committee Notes | 11/17/2010 16:28 | Attorney-Client;Work Product | Notes conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Griffin, John | COV-00245749 |
| COV-PRIV00012446 | | | | | Risk Assessment FINAL slides 2011 v2.pptx | 4/7/2011 13:44 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John; Griffin, John | COV-00368459 |
| COV-PRIV00012447 | | | | | Risk Assessment FINAL slides 2011 v2.pptx | 4/7/2011 13:44 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00370874 |
| COV-PRIV00012448 | | | | | Top 10 Risks Presentation JM v4.pptx | 4/7/2011 13:59 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00370850 |
| COV-PRIV00012449 | | | | | Risk Assessment FINAL slides 2011 v2.pptx | 4/14/2011 20:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00128281 |
| COV-PRIV00012450 | | | | | Top 10 Risks Presentation JM v7 42011.pptx | 4/20/2011 13:47 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00128280 |
| COV-PRIV00012451 | | | | | TAB 7 - Next Meeting Proposed Agenda.ppt | 4/20/2011 20:08 | Attorney-Client;Work Product | Presentation  regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377416 |
| COV-PRIV00012452 | | | | | Risk Assessment FINAL slides 2011 v3.pptx | 4/26/2011 19:56 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235999 |
| COV-PRIV00012453 | | | | | Top 10 Risks Presentation JM v7 42611.pptx | 4/26/2011 19:57 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235969 |
| COV-PRIV00012454 | | | | | JM Presentation 5032011 - NEW VERSION - without his slide 2.ppt | 4/29/2011 14:42 | Attorney-Client;Work Product | Presentation rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00368365 |
| COV-PRIV00012455 | | | | | JM Presentation 5032011 - NEW VERSION - without his slide 2.ppt | 4/29/2011 14:42 | Attorney-Client | Draft Presentation rendering legal advice regarding general corporate governance matters | | COV-00368684 |
| COV-PRIV00012456 | | | | | Q2 FY11 Risk Committee Report v2.pptx | 5/4/2011 20:18 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00119697 |
| COV-PRIV00012457 | | | | | Q2 FY11 Risk Committee Report v2.pptx | 5/4/2011 20:18 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00121955 |
| COV-PRIV00012458 | | | | | Q2 FY11 Risk Committee Report v2.pptx | 5/5/2011 14:00 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00121133 |
| COV-PRIV00012459 | | | | | Q2 FY11 Risk Committee Report v2.pptx | 5/5/2011 14:00 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00121539 |
| COV-PRIV00012460 | | | | | TAB 9 - Appendix - Memo Pfizer Settlement 5 10 11.docx | 5/5/2011 14:02 | Attorney-Client | Memorandum rendering legal advice regarding general corporate governance matters | John Griffin | COV-00377360 |
| COV-PRIV00012461 | | | | | Q2 FY11 Risk Committee Report v3.pptx | 5/5/2011 16:12 | Attorney-Client;Work Product | Draft Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | | COV-00119858 |
| COV-PRIV00012462 | | | | | TAB 6 - Government Investigations Update 5-17-2011.ppt | 5/9/2011 21:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377409 |
| COV-PRIV00012463 | | | | | Risk Assessment FINAL slides 2011 v4.pptx | 5/10/2011 13:15 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00228587 |
| COV-PRIV00012464 | | | | | Risk Assessment FINAL slides 2011 v4.pptx | 5/10/2011 13:15 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00234836 |
| COV-PRIV00012465 | | | | | Top 10 Risks Presentation JM FINAL v8 50911.pptx | 5/10/2011 13:51 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00228557 |
| COV-PRIV00012466 | | | | | Top 10 Risks Presentation JM FINAL v8 50911.pptx | 5/10/2011 13:51 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00234806 |
| COV-PRIV00012467 | | | | | TAB 7.1, Enterprise Risk Assessment.pptx | 5/10/2011 14:15 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235396 |
| COV-PRIV00012468 | | | | | TAB 1 - Meeting Minutes - 3 15 11 (Compliance).doc | 5/10/2011 15:16 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377363 |
| COV-PRIV00012469 | | | | | Top 10 Risks Presentation JM FINAL v8 50911.pptx | 5/12/2011 17:07 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John; Gaddy, Suzanne | COV-00235182 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)

MDT-COV Third Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Primary Date | Privilege Type | Priv Log Description | Attorney Name | Bates Beg |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012470 | | | | | Top 10 Risks Presentation JM FINAL v8 50911.pptx | 5/12/2011 17:07 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00107490 |
| COV-PRIV00012471 | | | | | Top 10 Risks Presentation JM FINAL v8 50911.pptx | 5/12/2011 17:07 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00260059 |
| COV-PRIV00012472 | | | | | John Masterson Final.pptx | 5/21/2011 17:39 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00152468 |
| COV-PRIV00012473 | | | | | John Masterson Final.pptx | 5/21/2011 17:39 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00152465 |
| COV-PRIV00012474 | | | | | FINAL JM Risk Assessment to BOD.pptx | 5/23/2011 12:23 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235119 |
| COV-PRIV00012475 | | | | | FINAL JM Risk Assessment to BOD.pptx | 5/23/2011 12:23 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00259996 |
| COV-PRIV00012476 | | | | | TAB 3 - Medical Supplies - Clemmer - November 2011.pptx | 10/27/2011 13:25 | Attorney-Client | Presentation conveying legal advice regarding non-pharmaceutical business matters | Jim Clemmer | COV-00377069 |
| COV-PRIV00012477 | | | | | TAB 1 - MINUTES - Sep 21 2011 (Compliance).doc | 10/28/2011 14:39 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377092 |
| COV-PRIV00012478 | | | | | TAB 5 - Government Investigations Update-2 - Griffin - November 2011.pptx | 11/1/2011 15:45 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377084 |
| COV-PRIV00012479 | | | | | 2011 Backup final slides for 2012 Risk Assessment.pptx | 3/1/2012 13:26 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00159573 |
| COV-PRIV00012480 | | | | | 2011 Backup final slides for 2012 Risk Assessment.pptx | 3/1/2012 13:26 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00160207 |
| COV-PRIV00012481 | | | | | Reserve Summary Q1FY12 1-11-12_environmental.xls | 4/4/2012 13:34 | Attorney-Client;Work Product | Spreadsheet conveying legal advice regarding corporate compliance obligations, policies, or procedures related to non-pharmaceutical businesses | Legal Department | COV-00149239 |
| COV-PRIV00012482 | | | | | ExComm Update on Risk Assessment 4-30-12.pdf | 4/26/2012 18:06 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00107436 |
| COV-PRIV00012483 | | | | | Q2 FY12 Risk Committee Report v1.pptx | 5/3/2012 16:29 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00120197 |
| COV-PRIV00012484 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00368564 |
| COV-PRIV00012485 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235031 |
| COV-PRIV00012486 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00115484 |
| COV-PRIV00012487 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00256828 |
| COV-PRIV00012488 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00258423 |
| COV-PRIV00012489 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00260258 |
| COV-PRIV00012490 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00260326 |
| COV-PRIV00012491 | | | | | FINAL Risk Assessment 2012.pptx | 5/8/2012 13:31 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00356484 |
| COV-PRIV00012492 | | | | | FINAL BOD Enterprise Risk Assessment (JM).pptx | 5/8/2012 14:58 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00368540 |
| COV-PRIV00012493 | | | | | April - ALL.pptx | 5/8/2012 18:18 | Attorney-Client | Presentation memorializing legal advice regarding non-pharmaceutical business matters | Legal Department | COV-00132660 |
| COV-PRIV00012494 | | | | | TAB 1 - MINUTES - July 18 2012 - Compliance Committee.doc | 8/29/2012 17:51 | Attorney-Client;Work Product | Board Minutes/Materials conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377438 |
| COV-PRIV00012495 | | | | | TAB 5 - Government Investigations - Sept 19, 2012.pptx | 8/31/2012 13:18 | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377424 |
| COV-PRIV00012496 | | | | | TAB 5 - Government Investigations - Sept 19, 2012.pptx | 9/21/2012 20:52 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00152646 |
| COV-PRIV00012497 | | | | | TAB 4 - Government Investigations - November 14, 2012.pptx | 10/25/2012 14:29 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377492 |
| COV-PRIV00012498 | | | | | Q4 2012 APB 23 memo 10 25 12 FINAL.docx | 10/25/2012 19:31 | Attorney-Client | Memorandum providing and discussing information prepared for the purpose of facilitating the rendition of legal advice regarding general corporate tax matters | Green, Eric; Golod, Lisa | COV-00125260 |
| COV-PRIV00012499 | | | | | TAB 1 - MINUTES - September 19, 2012.doc | 11/2/2012 20:53 | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin, Tacy Berns | COV-00377507 |
| COV-PRIV00012500 | | | | | ComplianceCommNotes Nov 14 2012.doc | 11/13/2012 16:38 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Edwards, Peter | COV-00236477 |
| COV-PRIV00012501 | | | | | Q4 FY12 Risk Committee Report_Final.pptx | 12/12/2012 15:28 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00183152 |
| COV-PRIV00012502 | | | | | Audit Committee Report (3.20.13).docx | 3/18/2013 14:43 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Dolan, Patricia; Masterson, John; Green, Eric | COV-00235561 |
| COV-PRIV00012503 | | | | | Covidien 2013 D&O Presentation.pptx | 4/1/2013 18:10 | Attorney-Client;Work Product | Presentation memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00355829 |
| COV-PRIV00012504 | | | | | BOD Risk Assessment 5-22-13 Rev 4.pptx | 4/8/2013 18:48 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235742 |
| COV-PRIV00012505 | | | | | BOD Risk Assessment 5-22-13 Rev 5.pptx | 4/22/2013 17:04 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00236530 |
| COV-PRIV00012506 | | | | | BOD Risk Assessment 5-22-13 Rev5.pdf | 4/29/2013 12:11 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00236555 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)

MDT-COV Third Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Primary Date | Privilege Type | Priv Log Description | Attorney Name | Bates Beg |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012507 | | | | | 03.20.13 (Board).docx | 4/29/2013 16:21 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John; Griffin, John | COV-00326899 |
| COV-PRIV00012508 | | | | | TAB 4.2, Appendix A - Risk Assessment v3.pptx | 4/30/2013 16:37 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235352 |
| COV-PRIV00012509 | | | | | Tab  3  - Government Investigations - May 22, 2013.pptx | 5/9/2013 15:39 | Attorney-Client;Work Product | Presentation conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00162590 |
| COV-PRIV00012510 | | | | | Tab 1 - Sec. 1 - 03 20 13 (Audit).docx | 5/10/2013 14:29 | Attorney-Client;Work Product | Board Minutes/Materials conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Masterson | COV-00162551 |
| COV-PRIV00012511 | | | | | TAB 4.1, BOD Risk Assessment 5-22-13 Rev 8.pptx | 5/13/2013 15:51 | Attorney-Client;Work Product | Presentation conveying legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business and regarding non-pharmaceutical business matters | Masterson, John | COV-00235328 |
| COV-PRIV00012512 | | | | | Audit Committee Report (5.22.13) r.docx | 5/22/2013 14:30 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00368411 |
| COV-PRIV00012513 | | | | | 05.22.13 (Audit) -r.docx | 6/21/2013 20:19 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Masterson, John | COV-00330940 |
| COV-PRIV00012514 | | | | | June FY2013 Pre Closing Meeting Agenda.docx | 6/22/2013 21:17 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | COV-00247664 |
| COV-PRIV00012515 | | | | | LU-#6316305-v4-CIFSA_-_draft_BoD_minutes_-_8_May_2013.DOC.DOC | 7/8/2013 19:28 | Attorney-Client | Draft Board Minutes/Materials conveying legal advice regarding general corporate governance matters | | COV-00378696 |
| COV-PRIV00012516 | | | | | LU-#6293024-v6-Covidien_Group_S_a_r_l_-_.BoM_-_.8_May_2013 (3).DOC | 7/12/2013 9:56 | Attorney-Client | Board Minutes/Materials memorializing legal advice regarding corporate governance matters related to non-pharmaceutical businesses | | COV-00369794 |
| COV-PRIV00012517 | | | | | LU-#6293024-v6-Covidien_Group_S_a_r_l_-_.BoM_-_.8_May_2013 (3) DOC.doc | 7/16/2013 17:56 | Attorney-Client | Draft Board Minutes/Materials conveying legal advice regarding general corporate governance matters | | COV-00378682 |
| COV-PRIV00012518 | | | | | LU-#6293024-v6-Covidien_Group_S_a_r_l_-_.BoM_-_.8_May_2013 (3) DOC.doc | 7/17/2013 6:05 | Attorney-Client | Board Minutes/Materials discussing legal advice regarding corporate governance matters related to non-pharmaceutical businesses | | COV-00372016 |
| COV-PRIV00012519 | | | | | LU-#6293024-v6-Covidien_Group_S_a_r_l_-_.BoM_-_.8_May_2013 (3) DOC.doc | 7/17/2013 6:05 | Attorney-Client | Board Minutes/Materials discussing legal advice regarding acquisitions and divestitures not related to the pharmaceutical business | Legal Department | COV-00183500 |
| COV-PRIV00012520 | | | | | Q3 FY13 Rate Package.xlsx | 7/17/2013 21:11 | Attorney-Client;Work Product | Spreadsheet conveying legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | | COV-00159709 |
| COV-PRIV00012521 | | | | | 2013 Meeting Materials.pdf | 1/9/2018 19:33 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding corporate compliance obligations, policies, or procedures related to non-pharmaceutical businesses; regarding litigation and/or settlement updates not related to the pharmaceutical business; regarding corporate governance matters related to non-pharmaceutical businesses; and regarding regulatory and financial disclosure matters related to non-pharmaceutical businesses and prepared because of litigation concerning same | Berns, Tracy; Kapples, Jack; Griffin, John; Masterson, John | COV-00375362 |
| COV-PRIV00012522 | | | | | September 2013.pdf | 6/4/2021 18:06 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | MDT-282018 |
| COV-PRIV00012523 | | | | | November 2013.pdf | 6/4/2021 19:12 | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Legal Department | MDT-281714 |
| COV-PRIV00012524 | | | | | BOARD.pdf | 6/14/2021 18:10 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding general corporate tax matters; regarding litigation and/or settlement updates not related to the pharmaceutical business; regarding general corporate governance matters; and regarding non-pharmaceutical business matters | Kapples, Jack; Masterson, John; Green, Eric | MDT-282140 |
| COV-PRIV00012525 | | | | | COMPLIANCE COMMITTEE, NOVEMBER 14, 2012.pdf | 8/11/2021 16:19 | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | John Griffin | COV-00377099 |
| COV-PRIV00012526 | | | | | AUDIT COMMITTEE, MAY 22, 2013.pdf | 8/12/2021 14:59 | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | John Masterson | COV-00377147 |
| COV-PRIV00012527 | | | | | POSITIVE RESULTS FOR LIFE | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business and prepared because of litigation concerning same | Griffin, John | COV-00149841 |
| COV-PRIV00012528 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE GOVERNMENT INVESTIGATIONS UPDATE | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00098508 |
| COV-PRIV00012529 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE GOVERNMENT INVESTIGATIONS UPDATE | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00098525 |
| COV-PRIV00012530 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE GOVERNMENT INVESTIGATIONS UPDATE | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00149892 |
| COV-PRIV00012531 | | | | | MEETING OF THE COMPLIANCE COMMITTEE OF THE BOARD OF DIRECTORS SEPTEMBER 22 2010 | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John; Berns, Tracy Palmer | COV-00098531 |
| COV-PRIV00012532 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE RADIOLOGICAL DEA EHS AND RISK REVIEW | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding general litigation and/or settlement updates not related to the pharmaceutical business | Duft, Patricia | COV-00098533 |
| COV-PRIV00012533 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE GOVERNMENT INVESTIGATIONS UPDATE | | Attorney-Client;Work Product | Board Minutes/Materials rendering legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Griffin, John | COV-00098535 |
| COV-PRIV00012534 | | | | | COVIDIEN POSITIVE RESULTS FOR LIFE CORPORATE CONTROLLERS REPORT | | Attorney-Client;Work Product | Board Minutes/Materials discussing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Outside Counsel | COV-00150370 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER