# EXHIBIT E

Opioid Master Disbursement Trust II v. Covidien Unlimited Co. et al., Adv. Proc. No. 22-50433 (Bankr. D. Del.)
MDT-COV Fourth Redacted Privilege Log

| Priv Log No. | Email From | Email To | Email CC | Email BCC | Subject/Filename | Primary Date | Privilege Type | Priv Log Description | Attorney Name | Bates Beg |
|---|---|---|---|---|---|---|---|---|---|---|
| COV-PRIV00012535 | | | | | 2013-3-29 Board Minutes.pdf | 4/30/2021 12:52 | Attorney-Client;Work Product | Board Minutes/Materials memorializing legal advice regarding litigation and/or settlement updates not related to the pharmaceutical business | Masterson, John | MDT-001370 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER