**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>Plaintiff,<br>v.<br><br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À.R.L., and DOE DEFENDANTS 1-500,<br>Defendants. | Adv. Proc. No. 22-50433 (BLS) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that Defendants Covidien Limited (f/k/a Covidien Unlimited Company, and f/k/a Covidien plc), Covidien Group Holdings Ltd. (f/k/a Covidien Ltd.), Covidien International Finance S.A., and Covidien Group S.à.r.l. in the above-captioned action served the following:

1. *Covidien Defendants' First Set of Requests for Admission to Plaintiff*;
2. *Covidien Defendants' First Set of Interrogatories to Plaintiff*; and
3. *Covidien Defendants' Second Set of Requests for Production to Plaintiff.*

via electronic mail on August 31, 2026, on the following counsel for the Plaintiff Opioid Master

[1] The Reorganized Debtor in this Chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the Chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the Debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

Disbursement Trust II:

| | |
|---|---|
| Justin R. Alberto<br>Patrick J. Reilley<br>**COLE SCHOTZ P.C.**<br>500 Delaware Avenue, Suite 1410<br>Wilmington, Delaware 19801<br>jalberto@coleschotz.com<br>preilley@coleschotz.com | Quincy M. Crawford, III<br>Jeffrey A. Liesemer<br>**CAPLIN & DRYSDALE, CHARTERED**<br>One Thomas Circle, NW, Suite 1100<br>Washington, D.C. 20005<br>mcrawford@capdale.com<br>jliesemer@capdale.com |
| Anthony De Leo<br>**COLE SCHOTZ P.C.**<br>1325 Avenue of the Americas<br>19th Floor<br>New York, NY 10019<br>adeleo@coleschotz.com | |

Dated: August 31, 2026

*/s/ R. Craig Martin*

R. Craig Martin (DE 5032)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

*and*

Philip D. Anker (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: philip.anker@wilmerhale.com
howard.shapiro@wilmerhale.com

*Attorneys for Covidien Limited (fka Covidien Unlimited Company and fka Covidien plc), Covidien Group Holdings Ltd. (fka Covidien Ltd.), Covidien International Finance S.A., and Covidien Group S.à.r.l.*