**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, | Case No. 20-12522 (BLS) |
| Reorganized Debtor.[1] | |
| OPIOID MASTER DISBURSEMENT TRUST II, | |
| Plaintiff, | |
| v. | Adversary Proceeding |
| COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À R.L., and DOE DEFENDANTS 1-500, | No. 22-50433 (BLS) |
| Defendants. | |

**NOTICE OF DEPOSITION OF DONALD LOHMAN**

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Plaintiff, the Opioid Master Disbursement Trust II, (the "Plaintiff"), by and through its undersigned counsel, and by the agreement of the parties, the deposition of Donald Lohman will take place on **October 14, 2026 at 9:00 am (ET)** at the offices of Nelson Mullins, 151 Meeting St., Suite 600, Charleston, SC 29401. The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to

[1] The "Reorganized Debtor" in the above-captioned chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court closed the chapter 11 cases of the Reorganized Debtor's debtor-affiliates (together with the Reorganized Debtor, "Debtors"). A complete list of the Debtors may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

administer oaths. The deposition will be recorded by stenographic means and may also be recorded by audio and visual means, including means for the instant display of testimony.

Dated: October 7, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*
Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
jalberto@coleschotz.com
preilley@coleschotz.com

Anthony De Leo, Esq. (admitted *pro hac vice*)
1325 Avenue of the Americas
19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Facsimile: (212) 752-8393
adeleo@coleschotz.com

- and -

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq. (admitted *pro hac vice*)
Todd E. Phillips, Esq. (admitted *pro hac vice*)
Jeffrey A. Liesemer, Esq. (admitted *pro hac vice*)
Quincy M. Crawford, III, Esq. (admitted *pro hac vice*)
Lucas H. Self, Esq. (admitted *pro hac vice*)
1200 New Hampshire Avenue NW, 8th Floor
Washington, D.C. 20036
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
kmaclay@capdale.com
tphillips@capdale.com
jliesemer@capdale.com
mcrawford@capdale.com
lself@capdale.com

*Co-Counsel to the Opioid*
*Master Disbursement Trust II*