**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC,<br><br>Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-12522 (BLS) |
| OPIOID MASTER DISBURSEMENT TRUST II,<br>Plaintiff,<br>v.<br><br>COVIDIEN UNLIMITED COMPANY (formerly known as Covidien Ltd. and Covidien plc), COVIDIEN GROUP HOLDINGS LTD. (formerly known as Covidien Ltd.), COVIDIEN INTERNATIONAL FINANCE S.A., COVIDIEN GROUP S.À.R.L., and DOE DEFENDANTS 1-500,<br>Defendants. | Adv. Proc. No. 22-50433 (BLS) |

**<u>DEFENDANTS' CROSS-NOTICE OF DEPOSITION OF MATTHEW NICOLELLA</u>**

**PLEASE TAKE NOTICE** that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure, as made applicable by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Defendants Covidien Limited (f/k/a Covidien Unlimited Company, and f/k/a Covidien plc), Covidien Group Holdings Ltd. (f/k/a Covidien Ltd.), Covidien International Finance S.A., and Covidien Group S.à.r.l. in the above-captioned action hereby cross-notice the deposition of Matthew Nicolella, which the Plaintiff noticed for deposition to take place on **November 18, 2026 at 9:30 am (ET)** at the offices of Wilmer Cutler Pickering Hale and Dorr

---

[1] The Reorganized Debtor in this Chapter 11 case is Mallinckrodt plc. On May 3, 2023, the Court entered an order closing the Chapter 11 cases of the Reorganized Debtor's debtor affiliates. A complete list of the Debtor affiliates in these Chapter 11 cases may be obtained on the website of the Reorganized Debtor's claims and noticing agent at http://restructuring.ra.kroll.com/Mallinckrodt. The Reorganized Debtor's mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

LLP, 60 State Street, Boston, MA 02109.[2] The deposition will be taken pursuant to all applicable rules of the Court before a notary public or other such person authorized by law to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by audio and visual means, including means for the instant display of testimony.

Dated: November 11, 2026

*/s/ R. Craig Martin*

R. Craig Martin (DE 5032)
**DLA Piper LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: craig.martin@us.dlapiper.com

*and*

Philip D. Anker (*pro hac vice*)
Howard M. Shapiro (*pro hac vice*)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: philip.anker@wilmerhale.com
howard.shapiro@wilmerhale.com

*Attorneys for Covidien Limited (fka Covidien Unlimited Company and fka Covidien plc), Covidien Group Holdings Ltd. (fka Covidien Ltd.), Covidien International Finance S.A., and Covidien Group S.à.r.l.*

[2] Plaintiff filed a notice of the deposition of Matthew Nicolella on November 11, 2026, in the above-captioned adversary proceeding [Adv. D.I. 244].